## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                               *
AMERICAN HOME MORTGAGE                CASE No: 07-11047-CSS
HOLDINGS, INC., *et al.*              *    Chapter 11
                    Debtor(s),

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CERTIFICATION OF COUNSEL REGARDING MTGLQ INVESTORS, L.P.'S
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

I, Lisa R. Hatfield, Esquire, attorney for MTGLQ Investors, L.P. (the "Creditor"), hereby

certify in good faith at this time that:

1.      On November 9, 2017, the Creditor filed its Motion for Relief from the Automatic

Stay (the "Motion") regarding Obligor's real property located at 2 Trinity Ave, Worcester, MA

01605 (the "Property") and possible mortgage liens against the Property held by the Debtor.

2.      As of December 11, 2017, there has been no formal response to the Motion.

Further on October 28, 2008, the Court entered a standing order granting relief from stay in cases

such as this.

3.      Undersigned counsel has had conversations with Joseph Orbach, Esq., counsel to

the Plan Trustee in this matter, and he has no objection to the motion provided certain provisions

are added to the proposed form of order.  Those revisions have been included on the attached

proposed order.

**[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]**

**WHEREFORE**, the Creditor respectfully requests an Order terminating the automatic stay in substantial conformity with the proposed form of order attached hereto.

Date: December 11, 2017                    Respectfully Submitted,

<div style="margin-left: 40%;">

*/s/ Lisa R. Hatfield*
Lisa R. Hatfield FBN: 4967
Robert I. Masten, Jr. FBN: 5033
Stern & Eisenberg Mid-Atlantic, PC
500 Creek View Road, Ste 304
Newark, DE 19711
(302) 731-7200
(302) 731-7211 (fax)
lhatfield@sterneisenberg.com
Attorney for Creditor

</div>

# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                              *
AMERICAN HOME MORTGAGE                              CASE No:  07-11047-CSS
HOLDINGS, INC., *et al.*            *               Chapter 11
              Debtor(s),

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
## <u>2 TRINITY AVE, WORCESTER, MA 01605</u>

**AND CONSIDERATION** of the Motion for Relief from Automatic Stay  Under Section

362 of the Bankruptcy Code with respect to Real Property located at 2 Trinity Ave, Worcester,

MA 01605 (the "Motion") filed by MTGLQ Investors, L.P. (the "Movant"); the Court having

determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and

1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper

pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of

Service is adequate under the circumstances; and the Court having further determined that cause

exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any

rights and remedies against the real property located at 2 Trinity Ave, Worcester, MA 01605 (the

"Property") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**.  All capitalized

terms not otherwise defined herein shall have the respective meanings set forth in the Motion;

and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is

otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic

stay is modified solely with respect to Movant's interest in the Property. Movant is hereby

permitted to exercise its rights under applicable non-bankruptcy law against the property,

including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the

Property and all other legal remedies against the Property which may be available to MTGLQ Investors, L.P., under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from deny that that they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3); and it is further

**ORDERED** that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Movant to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: _____        _____
                                    The Honorable Christopher S. Sontchi
                                    United States Bankruptcy Court Judge