IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ------------------------------------------------------------------------ x | Chapter 11 |
| In re: : |  |
| : | Case No. 07-11047 (CSS) |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., : |  |
| a Delaware corporation, et al.,[1]  : | Jointly Administered |
| : |  |
| Debtors. : |  |
| ------------------------------------------------------------------------ x |  |

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON DECEMBER 13, 2017 AT 12:30 P.M. (ET)**

**UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL**

1.  MTGLQ Investors, L.P.'s Motion for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code With Respect to Real Property Located at 2 Trinity Ave., Worcester, MA 01605 [D.I. 11395, 11/9/17]

    Objection Deadline:  November 22, 2017 at 4:00 p.m. (ET)

    Related Documents:

    a)  Certification of Counsel [D.I. 11402, 12/11/17]

    Objections Filed:

    a)  Informal Objection of the Plan Trust

    Status: A revised form or order has been submitted under certification of counsel. No hearing is required.

2.  New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code With Respect to Real Property Located at 5 Newman Road, Malden, MA 02148 [D.I. 11398, 11/9/17]

    Objection Deadline:  November 27, 2017 at 4:00 p.m. (ET)

    Related Documents:

    a)  Certification of Counsel [D.I. 11403, 12/11/17]

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Objections Filed:

    a) Informal Objection of the Plan Trust

Status: A revised form or order has been submitted under certification of counsel. No hearing is required.

Dated: December 11, 2017
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Jeffrey Zawadzki
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*