# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In re:  
AMERICAN HOME MORTGAGE   *   CASE No: 07-11047-CSS  
HOLDINGS, INC., *et al.*   *   Chapter 11  
        Debtor(s),

\* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY AS TO
## 2 TRINITY AVE, WORCESTER, MA 01605

**AND CONSIDERATION** of the Motion for Relief from Automatic Stay Under Section 362 of the Bankruptcy Code with respect to Real Property located at 2 Trinity Ave, Worcester, MA 01605 (the "Motion") filed by MTGLQ Investors, L.P. (the "Movant"); the Court having determined that (A) the Court has jurisdiction over the Motion pursuant to 28 U.S.C. §§ 157 and 1334; (B) that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (C) venue is proper pursuant to 28 U.S.C. § 1409(a); and (D) service to the limited parties stated on the Certificate of Service is adequate under the circumstances; and the Court having further determined that cause exists to grant Movant relief from the automatic stay with respect to Movant's exercise of any rights and remedies against the real property located at 2 Trinity Ave, Worcester, MA 01605 (the "Property") under applicable non-bankruptcy law; it is hereby

**ORDERED**, that the Motion be, and the same is hereby **GRANTED**. All capitalized terms not otherwise defined herein shall have the respective meanings set forth in the Motion; and it is further

**ORDERED**, that pursuant to 11 U.S.C. § 362(d), to the extent the automatic stay is otherwise applicable, Movant is hereby granted relief from the automatic stay, and the automatic stay is modified solely with respect to Movant's interest in the Property. Movant is hereby permitted to exercise its rights under applicable non-bankruptcy law against the property, including but not limited to foreclosure of the Mortgage, Sheriff's Sale or Trustee's sale of the

Property and all other legal remedies against the Property which may be available to MTGLQ Investors, L.P., under State law; and it is further

**ORDERED** that nothing in this order (i) shall constitute a determination that the Debtors hold any interest in the Property or (ii) shall estop the Debtors from deny that that they hold any interest in the Property; and it is further

**ORDERED** that this Order is immediately effective and is not stayed by operation of law, notwithstanding the stay provisions of Fed. R. Bankr. P. 4001(a)(3); and it is further

**ORDERED** that, for the avoidance of doubt, nothing in this Order is intended, nor shall it be construed to authorize Movant to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above-captioned Debtors; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

Dated: 12/11/17

The Honorable Christopher S. Sontchi
United States Bankruptcy Court Judge