IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                                                   :
                                                                                            :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,              :
a Delaware corporation, et al., [1]                                    :   Jointly Administered
                                                                                            :
    Debtors.                                                                        :
------------------------------------------------------------------------- x

## AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON DECEMBER 13, 2017 AT 12:30 P.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED AT THE DIRECTION OF THE COURT.**

### UNCONTESTED MATTERS WITH CERTIFICATION OF COUNSEL

1. MTGLQ Investors, L.P.'s Motion for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code With Respect to Real Property Located at 2 Trinity Ave., Worcester, MA 01605 [D.I. 11395, 11/9/17]

   Objection Deadline:   November 22, 2017 at 4:00 p.m. (ET)

   Related Documents:

   a) Certification of Counsel [D.I. 11402, 12/11/17]

   b) **Order Granting Relief from Automatic Stay as to 2 Trinity Ave., Worcester, MA [D.I. 11406, 12/11/17]**

   Objections Filed:

   a) Informal Objection of the Plan Trust

   Status: **An order has been entered.**  No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] **Amendments appear in bold.**

2. New Penn Financial LLC d/b/a Shellpoint Mortgage Servicing's Motion for Relief From Automatic Stay Under Section 362 of the Bankruptcy Code With Respect to Real Property Located at 5 Newman Road, Malden, MA 02148 [D.I. 11398, 11/9/17]

Objection Deadline:   November 27, 2017 at 4:00 p.m. (ET)

Related Documents:

    a)  Certification of Counsel [D.I. 11403, 12/11/17]

    **b)  Order Granting Relief from Automatic Stay as to 5 Newman Road, Malden, MA [D.I. 11405, 12/11/17]**

Objections Filed:

    a)  Informal Objection of the Plan Trust

Status: **An order has been entered.**  No hearing is required.

Dated: December 11, 2017
Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Jeffrey Zawadzki
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*