UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN RE:

AMERICAN HOME MORTGAGE HOLDINGS, Inc.

                                  Case No. 07-11047-CSS

_____

## **REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS**

David R. Kuney, an attorney with Whiteford Taylor & Preston, LLP, request that he be removed from the ECF Notification in the above captioned case on behalf of Bear Stearns Mortgage Capital Corporation.

                                  WHITEFORD TAYLOR & PRESTON, LLP and EMC MORTGAGE CORP.

                                  By:  /s/   David R. Kuney
                                        David R. Kuney
                                  1800 M Street NW, Suite 450N
                                  Washington, D.C. 20036
                                  dkuney@wtplaw.com

Dated: December 13, 2017