# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------x
In re:                                                         :    Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :    Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, *et al.*[1],           :
                                                               :    Jointly Administered
               Debtors.                       :
---------------------------------------------------------------x    Ref. Docket No. 11401

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )
                      ) ss.:
COUNTY OF NEW YORK    )

CATHERINE HENRIQUEZ, being duly sworn, deposes and says:

1. I am employed as a Noticing Coordinator by Epiq Bankruptcy Solutions, LLC (f/k/a Bankruptcy Services, LLC), located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On December 7, 2017 I caused to be served the "Notice of Non-Negotiated Distributions," dated December 7, 2017 [Docket No. 11401], by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                                                     */s/Catherine Henriquez*
                                                                                                     Catherine Henriquez

Sworn to before me this
8th day of December, 2017
*/s/ Cassandra Murray*
Notary Public, State of New York
No. 01MU6220179
Qualified in the County of Queens
Commission Expires April 12, 2018

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

T:\Clients\AHM\Affidavits\Notice of Non-Negotiated Distributions_DI 11401_AFF_12-7-17.doc

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| 1-800-GOT-JUNK COMMERCIAL | SERVICES (USA), LLC. 300-1523 WEST 3RD AVENUE VANCOUVER BC V6J 1J8 CANADA |
| 445 DOLLEY MADISON ROAD LLC | JENNIFER N. FOUNTAIN ISAACSON ISSACSON SHERIDAN & FOUNTAIN P.O. BOX 1888 GREENSBORO NC 27402 |
| 445 DOLLEY MADISON ROAD LLC | 445 DOLLEY MADISON ROAD SUITE 400 GREENSBORO NC 27410 |
| A & A APPRAISAL, INC. | 8600 MIDVALE RD YAKIMA WA 98908-9327 |
| A NEW DAWN HYPNOSIS CENTER | 2117 S FLETCHER AVE FERNANDINA FL 32034-4527 |
| A-1 APPRAISAL SERVICES, INC | ATTN STEVE JENNINGS, OWNER 1012 W ILES AVE SPRINGFIELD IL 62704 |
| ACCESS STAFFING | POB # 768 MIDTWN STA NYC NY 10018 |
| ADORNO & YOSS | 2525 PONCE DE LEON BLVD, STE 400 MIAMI FL 33134 |
| ADP INC | POB 9001006 LOUISVILLE KY 40290-1006 |
| AKI LLC | 240 E TUDOR RD STE 130 ANCHORAGE AK 99503-7244 |
| AMERICA'S CUTTING EDGE RE SER. | 155 PASSAIC AVE STE 200 FAIRFIELD NJ 07004-3562 |
| AMERICAN COMMERCIAL REALTY | 324 DATURA ST STE 102 WEST PALM BCH FL 33401-5415 |
| AMERICAN CORPORATE RECORD CNTR | 135 SPAGNOLI RD STE 2 MELVILLE NY 11747-3521 |
| APPRAISAL GIRLS, INC., THE | ATTN NATALIE WASHKO, PRESIDENT 2133 SANTINA AVE LAS VEGAS NV 89123 |
| APPRAISALL | ATTN PRESIDENT 635 E. FIRST ST. SUITE 452 TUSTIN CA 92780 |
| AQUINO, RODOLFO V., III | 1543 KEM WAY WALNUT CA 91789 |
| ASCOM HASLER/GE CAP PROG | PO BOX 802585 CHICAGO IL 60680 |
| ASPETUCK SYSTEMS, INC. | ATTN MICHAEL GABRIELE 200 CONNECTICUT AVENUE NORWALK CT 06854 |
| AT&T MOBILITY | PO BOX 9004 CAROL STREAM IL 60197-9004 |
| AT&T YELLOW PAGES | PO BOX 8112 AURORA IL 60507-8112 |
| ATT | POB 8100 AURORA IL 60507-8100 |
| ATT LONG DISTANCE | POB 660688 DALLAS TX 75266-0688 |
| BALLARD SPAHR ANDREWS & | INGERSOLL 300 E LOMBARD ST    19TH FL BALT MD 21202-3268 |
| BARBOSA V. DANA CAPITAL GROUP, INC., | 7-1724 WILLIAM P. COFFIN, ESQ 100 NORTH 4TH STREET EASTON PA 18042 |
| BELLSOUTH TELECOMMUNICATIONS, INC. | ATTN LINDA GOODIN 220 SOUTH ST. ROOM 317 GASTONIA NC 28052 |
| BERGUM, STAN, JR. | 5190 RANCHO MADERA ROAD SAN DIEGO CA 92130 |
| BILL CAMPBELL APPRAISALS | 27498 N 86TH LN PEORIA AZ 85383-4814 |
| BISHOP V. AMERICAN HOME MORTGAGE CORP. | 07 SC 4444 NICHOLAS R. STEVENS LAW OFFICES OF CHRISTOPHER L. COOK 41040 N. RTE 85 ANTIOCH IL 60002 |
| BLACKFIN REALTY TRUST | C/O CRUISE PROPERTIES 120 TORREY ST. BROCKTON MA 02301 |
| BLOMBERG, RONALD S | P.O. BOX 1416 OXFORD GA 30054 |
| BLOMMER PETERMAN, SC | 165 BISHOPS WAY BROOKFIELD WI 53005-6235 |
| BLUEGRASS REAL ESTATE WEEKLY | PO BOX 910794 LEXINGTON KY 40591-0794 |
| BOULDER REALTY GROUP, LLC | 3005 CENTER GREEN DR STE 100 BOULDER CO 80301-2298 |
| BRAVEPOINT | ATTN JOHN HARLOW, PRESIDENT 5000 PEACHTREE INDUSTRIAL BLVD, STE 100 NORCROSS GA 30071 |
| BROOKWOOD TAMARAC PLAZA INVESTORS, LLC | C/O STEVEN W. KELLY SILVER & DEBOSKEY, P.C. 1801 YORK STREET DENVER CO 80206 |
| BUSINESS WIRE, INC. | ATTN SARAH FINE, COLLECTIONS SUPERVISOR 44 MONTGOMERY STREET, 39TH FL SAN FRANCISCO CA 94164 |
| CADRE GROUP, LLC | 60 KATONA DR STE 27 FAIRFIELD CT 06824 |
| CAL-PACIFIC BUSINESS MACHINES INC | ATTN JOHN SANTNER 9610 S. LA CIENEGA BLVD INGLEWOOD CA 90301 |
| CAMBRIDGE VALUATION SERVICES | P.O. BOX 181 ATTN THOMAS WM CAMBRIDGE PRESIDENT OWNER MONTCHANIN DE 19710 |
| CANYON CREST TOWNE CENTRE, LLC | C/O CANYON CREST MGMT, STE 150 5225 CANYON CREST DR BLDG 100 RIVERSIDE CA 92507 |
| CAPITAL GROWTH FINANCIAL | PO BOX 1564 BOCA RATON FL 33429-1564 |
| CDBURBRIDGE & ASSOCIATES | 330 COUNTRY CLUB LN ATLANTIC BCH FL 32233-5503 |
| CHARLES COUNTY, MARYLAND | C/O MEYERS, RODBELL & ROSENBAUM, P.A. M. EVANS MEYERS 6801 KENILWORTH AVENUE, STE 400 RIVERDALE PARK MD 20737-1385 |
| CHEN, KANGYI | 1578 MARTEN AVE SW ALBANY OR 97321 |

| Claim Name | Address Information |
|---|---|
| CHILL CHILL & RADTKE | 79 W MONROE ST STE 1305 CHICAGO IL 60603 |
| COMCAST | POB 827554 ACCT 900480763 PHIL PA 19182-7554 |
| CONSUMERTRACK INC | 2381 ROSECRANS AVE STE 336 EL SEGUNDO CA 90245 |
| CORINA SHAW | 1511 E STONEHENGE DR SYCAMORE IL 60178-2646 |
| COUNTRYWIDE | 4500 PARK GRANADA CALABASAS CA 91302 |
| CT NETWORKS | ATTN ROY LANGHAMER, COO PO BOX 11054 125 WIRELESS BLVD HAUPPAUGE NY 11788 |
| D M VALUATION, INC. | ATTN DAVID DESKG, OWNER 15195 FARMINGTON RD # A-6 LAVONIA MI 48154 |
| D'ARGENIO & ASSOCIATES, INC. | ATTN DENNIS D'ARGENIO P.O. BOX 149 ELDERSBURG MD 21784 |
| DARTMOUTH VENTURES LLC | 19354B MILLER ROAD REHOBOTH DE 19971 |
| DAVIS BROWN KOEHN SHORS & ROBERTS | ATTN MATTHEW E. LAUGHLIN, SHAREHOLDER THE FINANCIAL CENTER 666 WALNUT ST., STE., 2500 DES MOINES IA 50309-3989 |
| DENNIS, DEBORAH E | 8056 FOREST GLEN DR PASADENA MD 21122 |
| DENNIS, DENNIS J. | 12 WILDFLOWER TRL ROBBINSVILLE NJ 08691 |
| DEROSA, JEREMY | 31662 MAR VISTA AVE LAGUNA BEACH CA 92651-8311 |
| DEUTSCH, GWEN | WARREN S. DANK FRANK & ASSOCIATES, PC 500 BI-COUNTY BLVD., SUITE 112N FARMINGDALE NY 11735 |
| DEWEY & LEBOEUF LLP | ATTENTION: JOANNE N VALENTINE 1271 AVENUE OF THE AMERICAS, SUITE 4300 NEW YORK NY 10020-1300 |
| DOBSON APPRAISAL SERVICES | ATTN MARK DOBSON, PRESIDENT 3380 E CAMPBELL ROAD GILBERT AZ 85234 |
| DSTML, INC | 1001 WARRENVILLE RD SUITE 110 LISLE IL 60532 |
| EAST N. ST. ASSOC. LLC | C/O ANDREW J WHITE, JR HAYNSWORTH SINKLER BOYD, PA PO BOX 2048 GREENVILLE SC 29602-2048 |
| ELITE APPRAISAL | 25000 AVENUE STANFORD #111 VALENCIA CA 91355-1224 |
| ELITE MEDIA WORKS | ATTN EDIE BARNETT 357 W 36TH ST NEW YORK NY 10018 |
| ENERGIZE YOUR SPACE | ATTN SUSAN OR GARY PENDERGRAF 5720 3RD AVE WEST BRADENTON FL 34209 |
| ESENBERG 24426, LLC | 4306 LAND O' LAKES LAND O' LAKES FL 34639 |
| EXPRESS SERVICES, INC | PO BOX 730039 DALLAS TX 75373 |
| FANNIE MAE | 7900 MIAMI LAKES DRIVE WEST MIAMI LAKES FL 33016 |
| FANNIE MAE | 1957 HACKETT DR WOODLAND CA 95776 |
| FAZIO, WILLIAM | 2764 SHAUGHNESSY DR WELLINGTON FL 33414 |
| FIRST AMERICAN REAL ESTATE SOLUTIONS | ATTN RICHARD SPAETH, MANAGER 4 FIRST AMERICAN WAY SANTA ANA CA 92707 |
| FIRST HORIZON HOME LOANS | FIRST HORIZON HOME LOAN CORPORATION ATTN STEVEN J BAUM, PC 220 NORTHPOINTE PARKWAY, STE G AMHERST NY 14228 |
| FIRST HORIZON HOME LOANS | 4000 HORIZON WAY IRVING TX 75063 |
| G. MELO LLC | C/O METRO MGMT SERVICES LLC 8230 LEESBURG PIKE, #510 VIENNA VA 22182 |
| GLENBOROUGH FUND V, WASHINGTON LLC | C/O LAW OFFICES OF GLEN DRESSER ATTN GLEN DRESSER, ATTORNEY 12650 RIVERSIDE DR., SUITE 100 N. HOLLYWOOD CA 91607 |
| GMAC MORTGAGE, LLC | C/O KATHLEEN T. KNEIS, ASSOCIATE COUNSEL 465 SOUTH ST., STE 202 MORRISTOWN NJ 07960 |
| GREAT AMERICAN LEASING CORP. | 8742 INNOVATION WAY CHICAGO IL 60682-0087 |
| HANJIN SHIPPING CO., LTS | 80 E STATE RT 4 STE 490 PARAMUS NJ 76522655 |
| HARMONHOMES.COM | ATTN BETTY LAMBIOTTE P.O. BOX 9277 CANTON OH 44711 |
| HART, GEORGE | 4541 PATRICK DR KENNESAW GA 30144 |
| HASLER, INC. | ARMSCO INC ATTN SHEILA M NULL PO BOX 1345 ENGLEWOOD FL 34295 |
| HEATH, ANDREW P | 3734 WILD ROSE LOOP WEST LINN OR 97068-7235 |
| HOPP & SHORE, LLC | ROBERT J. HOPP, ESQ. POST OFFICE BOX 8539 DENVER CO 80201 |
| HOUSTON, T. CRAIN | PO BOX 59 3029 BLACK ROCK RD BUTLER MD 21023 |
| HOUSTON, TRUXTUN CRAIN JR. | PO BOX 59 BUTLER MD 21023 |
| HYATT REGENCY TECH CENTER | ATTN PASCAL TERRAZ, CONTROLLER 7800 EAST TUFTS AVENUE DENVER CO 80237 |
| ICON ADVISORY GROUP, INC | 401- D N. EDGEWORTH STREET GREENBORO NC 27401 |

| Claim Name | Address Information |
|---|---|
| INFORMATICA CORP | ATTN MAHA KHOURY / CREDIT & COLLECTIONS 100 CARDINAL WAY REDWOOD CITY CA 94063 |
| INTERNATIONAL MINUTE PRESS | PO BOX 45538 BOISE ID 83711-5538 |
| INTERTHINX | P.O. BOX 27985 NEWYORK NY 10087-7985 |
| IRET - GOLDEN JACK, LLC | C/O GEORGE H. SINGER, ESQ. LINDQUIST & VENNUM P.L.L.P. 80 S. EIGHTH ST - IDS CENTER STE. 4200 MINNEAPOLIS MN 55402 |
| ISLAND MASTER LOCKSMITH | 311 N BROADWAY JERICHO NY 11753-2014 |
| ITA APPRAISALS, INC. | ATTN SHERYL PRENDERGAST - OFFICE MANAGER PO BOX 13146 NORFOLK VA 23506 |
| JENSEN APPRAISERS | ATTN STEVEN A. JENSEN 10800 N. MILITARY TRL, STE 230 PALM BEACH GARDENS FL 33410 |
| JOHNSON, PAUL B. | SUN POINT APPRAISALS, INC. 8707 E VISTA BONITA DR STE 130 SCOTTSDALE AZ 85255 |
| KEISTER, JOHN | 2117 CHRISTIAN ST. BALTIMORE MD 21223 |
| KONICA MINOLTA BUS. SOLUTION | P.O. BOX 371992 PITTSBURGH PA 15250-7992 |
| KRENGER REAL ESTATE | ATTN JOHN R KRENGER 3304 NORTH HALSTED CHICAGO IL 60657 |
| LANER MUCHIN DOMBROW | BECKER LEVING & TOMINBERG, LTD ATTN ROBERT H. BROWN, DIRECTOR 515 NORTH STATE STREET, SUITE # 2800 CHICAGO IL 60610 |
| LARSON, MISTY | C/O CHRISTINA M. HENRY, ATTORNEY 1833 N 105TH STREET, SUITE 200 SEATTLE WA 98133 |
| LASKO, JAMES | 210 ELLINGTON AVE W GARDEN CITY NY 11530-5067 |
| LAW OFFICE OF DANIEL C CONSUEGRA | ATTN: DANIEL C. CONSUEGRA 9204 KING PALM DRIVE TAMPA FL 33619 |
| LOEFFLER, RICHARD | 8136 LIGHTHOUSE LANE WINDSOR CO 80528 |
| M & T BANK | INVESTMENT GROUP DOCUMENT CNTR 693 SENECA ST., SUITE 415 BUFFALO NY 14210-1324 |
| MAIN STREET ENTERPRISES LLC | 244 MAIN STREET GAITHERSBURG MD 20878 |
| MARKETWISE ADVISORS, LLC | % JACOB A. BROWN, , AKERMAN SENTERFITT 50 N LAURA ST, STE 2500 JACKSONVILLE FL 32202 |
| MAY, DAWN R. | 4408 WORTH STREET DALLAS TX 75246 |
| MCKINNON APPRAISAL INC | ATTN PAMELA L COHEN PO BOX 662 BREWER ME 04412 |
| MCLANE, VANESSA P | 12200 DENFORD WAY GLEN ALLEN VA 23059 |
| METROPOLITAN LIFE INSURANCE COMPANY | ATTN ROBERT GOLDSTEIN, COUNSEL 3500 LENOX RD NE SUITE 1800 ATLANTA GA 30326 |
| MIARIVIEVA CORP | 170 SE 14TH STREET #1408 ATTN: YANAI NASSAR MIAMI FL 33131 |
| MICHAUD, DAVID P. | 1795 UPPER CHELSEA RCH VIRGINIA BEACH VA 23454 |
| MICHIGAN RESIDENTIAL APPRAISAL SVCS, LLC | ATTN LESLIE FORYS, OWNER PO BOX 5305 PLYMOUTH MI 48170 |
| MINNESOTA HOUSING FINANCE | 400 SIBLEY STREET SUITE 300 ST PAUL MN 55101 |
| MKD ORCHARD PARTNER, LP | 625 IMPERIAL WAY SUITE 5 NAPA CA 94559 |
| MORELLA, GENEVA | 4 FOREST DR COLLEGE STA TX 77840-2300 |
| MORTGAGE INDUSTRY ADVISORY CO | 80 MAIDEN LANE 14TH FLOOR NEW YORK NY 10038 |
| MRF1 LLC | 1 MILL RIDGE LANE CHESTER NJ 07930 |
| NACHMANN, SEFIKA | DBA PROFESSIONAL APPRAISAL SERVICES LLC 1066 OL TOWN ROAD CORAM NY 11727-3726 |
| NATIONWIDE TITLE CLEARING INC | 2100 ALT. 19 NORTH ATTN ERIKA LANCE SVP ADMIN PALM HARBOR FL 34683 |
| NATIXIS REAL ESTATE CAPITAL, INC. | JOSEPH F. FALCONE, III 9 WEST 57TH STREET NEW YORK NY 10019 |
| NIETO, DANIEL R | 13 PANAMA STREET ALISO VIEJO CA 92656 |
| NORTHPOINT SOLUTIONS LLC | ATTN WILLIAM LEWIS, CONTROLLER 130 W 42ND ST, STE 550 NEW YORK NY 10036 |
| OAK TREE LODGE | ATTN PETER DE CUIR 1412 SCHOOLHOUSE ROAD WALL-NEPTUNE NJ 07753 |
| OCE' IMAGISTICS, INC | P.O. BOX 856193 LOUISVILLE, KY 40285-6193 |
| OFFICEMAX | ATTN ANNE FULLER CREDIT SUPERVISOR 263 SHUMAN BLVD NAPERVILLE IL 60563-1255 |
| ORTH & ASSOCIATES,INC | 8217 SANTA ROSA CT SARASOTA FL 34243-3007 |
| PERKINS, THOMAS J. | 1009 OLD COUNTRY RD ELMSFORD NY 10523 |
| PERRY, JOSEPH | 470 W MAHOGANY CT UNIT 606 PALATINE IL 60067 |
| PINER, CONNIE E. | C/O HARTZELL & WHITEMAN, LLP 2626 GLENWOOD AVENUE, SUITE 500 RALEIGH NC 27608 |
| PLANNED OFFICE | 1320 E SAINT GERTRUDE PL SANTA ANA CA 92705 |

| Claim Name | Address Information |
|---|---|
| QUICK MORTGAGE SERVICES, LLC | ATTN JOHN F TENOLD, MANAGING MEMBER 1500 W. FOURTH AVE SUITE 410 SPOKANE WA 99201 |
| RAMBLEWOOD SQUARE, LLC | PETER E. SHAPIRO, ESQ. SHUTTS & BOWEN LLP 200 EAST BROWARD BLVD., SUITE 2100 FORT LAUDERDALE FL 33301 |
| REALTY ASSOCIATES FUND VIII, L.P., THE | C/O JEFFREY D. HUPERT, ESQ. 30 NORTH LASALLE STREET, SUITE 2630 CHICAGO IL 60602 |
| REM PUBLISHING, LLC | DBA R.E. REAL ESTATE MAGAZINE 3036 LEAFWOOD DR SE MARIETTA GA 30067 |
| REMAX | 21920 76TH AVE W STE 200 EDMONDS WA 98026-7980 |
| REMAX | 14961 CHAIN LAKE RD SUITE 149 MONROE WA 98272 |
| RESIDENTIAL FUNDING COMPANY, LLC | C/O ROBINSON & COLE LLP ATTN: JOSEPH L. CLASEN 666 THIRD AVENUE, 20TH FLOOR NEW YORK NY 10017 |
| RICOH AMERICAS CORP | POB 100189 PASADENA CA 91189-0189 |
| RMA CHAUFFEURED TRANSPORTATION | 6010 EXECUTIVE BLVD SUITE 101 ROCKVILLE MD 20852 |
| RYAN, TIMOTHY F. | 11 INDIGO PL ALISO VIEJO CA 92656 |
| SAN MATEO VENTURE, INC. | D/B/A KELLER WILLIAMS REALTY 1528 S. EL CAMINO REAL SAN MATEO CA 94402 |
| SARITA GROVE | C/O DANA BUTCHER ASSOCIATES 1690 W SHAW SUITE 220 FRESNO CA 93720 |
| SEAHORN, MARY ELIZABETH | 5039 MADELYN LANE HOUSTON TX 77021 |
| SEAHORN, MARY ELIZABETH | SEAHORN, MARY ELIZABETH C/O MARTIN M HOKANSON 5200 MITCHELLDALE, SUITE F-24 HOUSTON TX 77092 |
| SEAWEB | C/O CHARLES A. MALLOY ARNOLD & PORTER LLP 555 TWELFTH STREET, N.W. WASHINGTON DC 20004 |
| SECURITY CONNECTIONS, INC | PO BOX 52006 IDAHO FALLS ID 83405 |
| SEGALL, ERIC | 1952 MOUNT SHASTA DR SAN PEDRO CA 90732-1529 |
| SHEPHERD, PATRICIA | 9 E. WILLOW AVENUE PHOENIX AZ 85022 |
| SIGNATURE APPRAISAL GROUP | 1418 LONG STREET HIGH POINT NC 27262 |
| SIMON, KIMBERLY J | 961 HUMPHREY BIRMINGHAM MI 48009 |
| SOMERMAN, STEVEN | 17 TORTOISE SHELL COTO DE CAZA CA 92679 |
| STONE CREEK HOLDINGS, LLC | 825 MID POINT DRIVE O'FALLON MO 63366 |
| SUMMIT ASSET MANAGEMENT | % CY ARIZONA, LLC. 8010 E MORGAN TRAIL STE 4 SCOTTSDALE AZ 85255 |
| SUNSHINE CUSTOM CLEANING SERVICE | 6005 IRENE DR HOFFMAN ESTATES IL 60192 |
| TELESIGHT | ATTN ERIC MESSAMORE 820 N FRANKLIN STE 200 CHICAGO IL 60610 |
| THE CENTRE AT CHENAL LLC | 17200 CHENAL PARKWAY LITTLE ROCK AR 72222 |
| THE COTTAGES APARTMENTS, LLC | C/O TRANSWESTERN COMM. SRV. 3478 BUSKIRK AVE. PLEASANT HILL CA 94523 |
| THE EXCHANGE OFFICE BDLG. | 1122 KENILWORTH DR SUITE 401 TOWSON MD 21204 |
| THE GALLERY OF LOUISIANA, LLC | 137 TAOS ST SLIDEL LA 70458 |
| THE HERTZ CORPORTION | P.O. BOX 25485 OKLAHOMA CITY OK 73125 |
| THOMAS J. WEBER, SRA | DBA ASSOCIATED APPRAISAL & PROPERTY SERVICES 24072 IRON HEAD LANE LAGUNA NIGUEL CA 92677 |
| TOBIN, JENNIFER | 10836 MOUNTSHIRE CIRCLE HIGHLANDS RANCH CO 80126 |
| TOWER PLACE L.P. | C/O REGENT PARTNERS LLC 3348 PEACHTREE RD. NE SUITE 100 ATLANTA GA 30326 |
| TOWER PLACE L.P. | MARK S. MARANI, ESQ. COHEN POLLOCK MERLIN & SMALL, P.C. 3350 RIVERWOOD PKWY. SUITE 1600 ATLANTA GA 30339 |
| TRACY CAUTHEN ENTERPRISES, INC | ATTN TRACY R CAUTHEN JR PO BOX 2720 LANCASTER SC 29721 |
| TRACY MARTINO-HSU | 8 HOVEY LANE HANOVER NH 03755 |
| TRANS-BOX SYSTEMS, INC. | P.O. BOX 23400 OAKLAND CA 94623-0400 |
| TRANS-BOX SYSTEMS, INC. | TBS COURIERS PO BOX 23400 OAKLAND CA 94623-0400 |
| TROTT & TROTT, P.C. | MARCY J. FORD 31440 NORTHWESTERN HWY., SUITE 200 FARMINGTON HILLS MI 48334 |
| UBS REAL ESTATE SECURITIES INC. | 1285 AVENUE OF THE AMERICAS NEW YORK NY 10019 |
| UBS REAL ESTATE SECURITIES INC. | CLIFFORD CHANCE US LLP ATTN: RICK B. ANTONOFF 31 WEST 52ND STREET NEW YORK NY 10019 |
| UNITED TELEPHONE COMPANY OF INDIANA, | D/B/A EMBARQ PO BOX 872967 KANSAS CITY MO 64187-2967 |

| Claim Name | Address Information |
|---|---|
| INC | D/B/A EMBARQ PO BOX 872967 KANSAS CITY MO 64187-2967 |
| UNITED TELEPHONE COMPANY OF INDIANA, INC | UNITED TELEPHONE COMPANY OF INDIANA, INC D/B/A EMBARQ ATTN MARY C HALL PO BOX 872967 KANSAS CITY 64187-2967 |
| VALLEY RIVER INN | 1000 VALLEY RIVER WAY EUGENE OR 97401 |
| VAN AUSDALL & FARRAR, INC | PO BOX 664250 INDIANAPOLIS IN 46266 |
| VENTURA AIR SERVICES, INC | 8100 REPUBLIC AIRPORT FARMINGDALE NY 11735 |
| VERIFICATION BUREAU | 247 S.W.8TH STREET SUITE 147 MIAMI FL 33130 |
| VERIZON | POB 1 WORCESTER MA 01654-0001 |
| VERIZON | POB 15124 ALBANY NY 12212-5124 |
| VINTAGE PARK LLC. | 1508 EUREKA RD SUITE 230 ROSEVILLE CA 95661-2819 |
| VRANA, DALE K. | PO BOX 651251 VERO BEACH FL 32965-1251 |
| W C I | POB 9497 SEATTLE WA 98109 |
| W.C. J CONLIN | 147 LOWER RD CANAAN CT 06018 |
| W2007 SEATTLE OFFICE BELLEFIED | OFFICE PARK REALTY, LLC C/O SHAWN B. REDIGER - WILLIAMS KASTNER 601 UNION STREET, SUITE 4100 SEATTLE WA 98101 |
| WASHINGTON, ANDRE | 179 SCOTT ST NAUGATUCK CT 06770-4315 |
| WATERFALL SHOPPING CENTER INC. | % W NOVOTNY/MARISCAL WEEKS MCINTYRE 2901 N CENTRAL AVE, STE 200 PHOENIX AZ 85012 |
| WELTMAN WEINBERG & REIS CO LPA | ATTN GEOFFREY J PETERS ESQ 175 S 3RD STREET SUITE 900 COLUMBUS OH 43215 |
| WESTCHESTER MARKET LTD | 5956 SHERRY LN STE 1000 DALLAS TX 75225-8021 |
| WORBY, MARILYN | 4518 W NORTH B ST APT B TAMPA FL 33609 |
| WORKSPACE SOLUTIONS | 919 COLISEUM BLVD. NORTH FORT WAYNE IN 46805 |
| XACTEC | ATTN M EVANS, PRES 109 BULIFANTS BLVD STE B WILLIAMSBURG VA 23188 |
| XO COMMUNICATIONS SVCS INC | POB 5738 CAROL STREAM NY 60197-5738 |
| ZURICH AMERICAN INS CO ET AL O/B/O STATE | OF VA, ETC- BONDS LPM7592378, 7592380 KAREN L TURNER; ECKERT SEAMANS CHERNI TWO LIBERTY PL., 50 S. 16TH ST., 22ND FL PHILADELPHIA PA 19102 |
| ZURICH AMERICAN INSURANCE COMPANY, ET AL | C/O KAREN LEE TURNER ECKERT SEAMANS CHERIN & MELLOTT LLC TWO LIBERTY PL. - 50 S. 16TH ST., 22ND F PHILADELPHIA PA 19102 |

**Total Creditor count  195**