**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br><br>          Debtor.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES SERIES 2006-9,<br><br>          Movant,<br><br>and<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br><br>          Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br><br><br><br><br><br><br><br><br><br><br>**Objections due: February 7, 2018 @ 04:00 p.m.**<br>  **Hearing Date: February 14, 2018 @ 10:00a.m.** |

**NOTICE OF MOTION AS TO 241 BELMONT STREET, EVERETT, MA**

**TO:**

**American Home Mortgage
Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747**

**Ryan M. Bartley
Sean M Beach
Donald J. Bowman Jr.
Young Conaway Stargatt &
Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801**

**Quinn Emanuel
Quinn Emanuel Urquhart Oliver &
Hedges
51 Madison Ave #22
New York, NY 10010**

**R. Karl Hill
Seitz, Van Ogtrop &Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899**

**Patrick A. Jackson
Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801**

**Edward Joseph Kosmowski
Law Office of Edward J.
Kosmowski, LLC
2 Mill Road
Suite 202
Wilmington, DE 19806**

**Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801**

**David W. Carickhoff
Alan Michael Root
Archer & Greiner, P.C.
300 Delaware Av
Suite 1100
Wilmington, DE 19801**

**Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801**

**Claims Agent
Epiq Bankruptcy Solutions LLC
777 Third Avenue, 12th Floor
New York, NY 10017**

**Byron Flores
241 Belmont St.
Everett, MA 02149**

You are required to file a response to the attached motion on or before February 7, 2018 at 4:00 p.m. Eastern Standard Time.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Kristi J. Doughty, Esquire
McCabe, Weisberg & Conway, LLC
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803

**HEARING ON THE MOTION WILL BE HELD on February 14, 2018 at 10:00a.m.** in the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE FEBRUARY 7, 2018 AT 4:00 PM EASTERN STANDARD TIME. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

            McCABE, WEISBERG & CONWAY, LLC

            */s/ Kristi J. Doughty*
            Janet Z. Charlton, Esquire (No. 2797)
            Chase N. Miller, Esquire (No. 5363)
            Kristi J. Doughty, Esquire (No. 3826)
            1407 Foulk Road, Suite 102
            Foulkstone Plaza
            Wilmington, DE 19803
            (302) 409-3520 [tel]
            (855) 425-1980 [fax]
            Attorney for Creditor

DATED: December 42, 2017