# EXHIBIT B

## FORECLOSURE INFORMATION REPORT
Printed on: 06/28/2017



**File No:** ▮▮▮▮▮▮▮▮▮▮  **Client File No:** ▮▮▮▮▮▮

**Search Effective Date:** June 22, 2017 8:00AM

**Report Prepared For:** Korde & Associates, P.C.

**Property Address:** 241 Belmont Street, Everett, MA  02149-1517

**Title is Vested in:** Byron A. Flores, Individually

**Subject Mortgage:**

1. Mortgage from Byron A. Flores to MERS, Inc. as nominee for American Brokers Conduit dated January 24, 2006, recorded January 30, 2006, in (book) 46895 (page) 20, in the amount of $294,000.00, Middlesex County, Massachusetts. Assigned by Mortgage Electronic Registration Systems, Inc. as nominee for American Brokers Conduit its successors and Assigns, Assigned to U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9, recorded 12/10/2012, in (book) 60693 (page) 137, Middlesex County, Massachusetts.
2. That Commonwealth of Massachusetts Land Court Department of the trial court recorded on 08/26/2016 in bk/pg 67893/307, Middlesex County, Massachusetts.
3. That Affidavit regarding note secured by Mortgage to be foreclosed recorded on 09/01/2016 in bk/pg 67490/592, Middlesex County, Massachusetts.

**Other Mortgage(s):**

1. Mortgage from Byron A. Flores to American Brokers Conduit dated January 24, 2006, recorded January 30, 2006, in (book) 46895 (page) 42, in the amount of $84,000.00, Middlesex County, Massachusetts.

**Liens/Judgments and Other Encumbrances:**

**Direct Match(s):**

1. That Instrument of Taking recorded on 11/16/2015 in Book 66385, Page 593, Middlesex County, Massachusetts.
2. Judgment in favor of CACH LLC against Byron Flores A/K/A Byron A Flores, dated August 19, 2014, recorded October 30, 2014, in (book) 64436 (page) 596, in the amount of $11,912.24 plus costs and interest, if any, being Case No. 1350CV000062, Middlesex County, Massachusetts.

**Indirect Match(s):**

1. N/A

**Home Owner Association:**

No HOA found in scope of search.

**Other Matters of Record(s):**

Affidavit regarding compliance with recorded in bk/pg 67940/589

Declaration of Homestead recorded in bk/pg 37836/119

**FORECLOSURE INFORMATION REPORT**
Printed on: 06/28/2017



**Chain of Title:**

Deed Type:  Quit Claim Deed
Grantors:  Christian Gagliardi
Grantees:  Byron A. Flores, Individually
Dated:  January 14, 2003
Recorded:  January 29, 2003
Bk/Pg or Inst#:  (book) 37836 and  (page) 105

Deed Type:  Quit Claim Deed
Grantors:  Rita DiPlatzi (not clear)
Grantees:  Christian Gagliardi
Dated:  December 28, 2000
Recorded:  December 29, 2000
Bk/Pg or Inst#:  (book) 32196 and  (page) 500

**Tax Information(s):**

| Tax Entity: Middlesex County Tax Collector | | | Tax Type: Property |
|---|---|---|---|
| Tax ID: B01-237 | | | |
| Tax Year | Status | Amount | Due or Paid Date |
| 2017 | Paid | $4,547.16 | |

**Tax Info Special Comments:**

**Legal Description Taken From Subject Mortgage:**

All that parcel of land with the buildings and improvements thereon situated at 241 Belmont Street, Everett, County of Middlesex, Commonwealth of Massachusetts, being a portion of Lot #73 on a plan of Belmont Lands, in Malden Center, surveyed by John Sargent, and recorded with Middlesex South District Registry of Deeds at Plan Book 4, Plan 59, being bound and described as follows:

BEGINNING at the Northeast corner of the granted premises, being also the Northeast corner of said Lot #73 on Belmont Street; thence the line runs

SOUTHWESTERLY: by said Belmont Street, thirty-nine and one-half (39 ½) feet to land now or formerly of Nellie F. Townsley; thence turning and running;

SOUTHEASTERLY: by land of said Townsley about one hundred thirty-three and seven-eights (133 7/8) feet to Cedar Terrace; thence turning running

NORTHEASTERLY: by said Cedar Terrace forty-two and 00/100 (42.00) feet to land of owner unknown; thence turning and running;

NORTHWESTERLY: by last name land one hundred thirty-one and one half (131 ½) feet to Belmont Street and point of beginning.

The premises are conveyed subject to all easements, restrictions, building and zoning laws, agreements, rights of way, and encumbrances of record insofar as any of the same are now in force and applicable.

**FORECLOSURE INFORMATION REPORT**
Printed on: 06/28/2017



**End of Report**

THIS REPORT DOES NOT CONTAIN RESTRICTIONS AND EASEMENTS OF RECORD AND IS BASED ON A LIMITED TITLE SEARCH. THIS REPORT IS FOR INFORMATIONAL PURPOSES ONLY. THE LIABILITY OF ALTISOURCE IN ISSUING THIS REPORT IS LIMITED TO THE CHARGE FOR THIS REPORT. THIS REPORT IS NOT AN ABSTRACT OF TITLE OR A TITLE INSURANCE COMMITMENT OR POLICY AND SHOULD NOT BE RELIED UPON IN PLACE OF SUCH. IT IS NOT THE INTENTION OF THE COMPANY TO PROVIDE ANY EXPRESS OR IMPLIED WARRANTY, GUARANTY, OR INDEMNITY WITH RESPECT TO THE ACCURACY OR COMPLETENESS OF THE INFORMATION CONTAINED IN THE REPORT. CUSTOMER'S USE OF THE INFORMATION PROVIDED BY THIS REPORT IS AT THE CUSTOMER'S OWN RISK.