# EXHIBIT C


# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br><br>Debtor.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES SERIES 2006-9,<br><br>Movant,<br><br>and<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, _____Javier Rivera_____, declare under penalty of perjury as follows:

1. I am employed as a _Contract Management Coordinator_ of Ocwen Loan Servicing, LLC and am authorized to sign this Affidavit on behalf of Ocwen Loan Servicing, LLC as servicer for U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records. I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extension of credit given to Borrower concerning the property securing such Loan.

3. The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal knowledge; (b) kept in

-2-

the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4. Byron A. Flores has executed and delivered or is/are otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Borrower Byron A. Flores has executed and delivered or is/are otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of November 3, 2017, there are one or more defaults by the Borrower in paying contractual amounts due with respect to the Note.

6. As of November 3, 2017, the unpaid principal balance of the Note is $289,979.97.

7. The following chart sets forth those contractual payments, due pursuant to the terms of the Note that have been missed by the Borrower as of November 3, 2017.

[SPACE INTENTIONALLY LEFT BLANK]

| Number of Missed Payments | From: | To: | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 1 | 10/01/2012 | 10/01/2012 | $1,269.89 | $475.53 | $1,745.42 | $1,745.42 |
| 25 | 11/01/2012 | 11/01/2014 | $1,269.89 | $372.13 | $1,642.02 | $41,050.50 |
| 1 | 12/01/2014 | 12/01/2014 | $1,269.89 | $397.29 | $1,667.18 | $1,667.18 |
| 12 | 01/01/2015 | 12/01/2015 | $1,269.89 | $387.51 | $1,657.40 | $19,888.80 |
| 12 | 01/01/2016 | 12/01/2016 | $1,269.89 | $535.08 | $1,804.97 | $21,659.64 |
| 1 | 01/01/2017 | 01/01/2017 | $1,269.89 | $520.57 | $1,790.46 | $1,790.46 |
| 10 | 02/01/2017 | 11/01/2017 | $1,269.89 | $513.99 | $1,783.88 | $17,838.80 |
| Late Charges | | | | | | $1,256.98 |
| Less contractual partial payments (suspense balance): | | | | | | $561.51 |
| | | | | | Total: | $106,336.27 |

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 11 day of December, 2017.

Signature
Javier Rivera
Name
Contract Management Coordinator
Title

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 11th day of December, 2017, by Javier Rivera as Contract Management Coordinator for Ocwen Loan Servicing, LLC who is the servicer for U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9 who is personally known to me or who has produced _____ as identification.

Signature of Notary Public
Name of Notary Public: Christian Lazu

Notary Public State of Florida
Christian Lazu
My Commission FF 903931
Expires 07/27/2019

Personally known: ✓
OR Produced Identification: _____
Type of Identification Produced: _____