# EXHIBIT D



# 241 BELMONT ST    EVERETT  MA  02149

**Estimated Value:** 415,000　　Loan No: ▉▉▉▉　　Date: 06/21/2017
**High:** 435,800  **Low:** 394,200　　Ref No: ▉▉▉▉　　Retro Dt:

## Property Information

| | | | | |
|---|---|---|---|---|
| County: MIDDLESEX (25017) | Property Type: Single Family (SFR) | Beds: 5 | Baths: 1.5 | SqFt: 1911 |
| Land: 5227 | Yr Built: 1910 | Carrier Route: C018 | Asd Value: 314,900 | Asd Yr: 2017 |
| Sld Price: 315,000 | Sld Date: 01/29/2003 | List Price: 430,000 | List Date: 09/07/2016 | Off Mkt Date: |

## Additional Information

| | | | | |
|---|---|---|---|---|
| Parcel Number: M:B0 B:01 L:000237 | Census Tract: 341500 | Floor Count: 3 | Basement \| Unfinished:  \| 772 | Pool: |
| Legal Description: MAPNUM:0000B0 WARDNUM:00 BLOCKNUM:000001 LOTNUM:000237 UNITNUM:00000 | View: | Land Value: 122,200 | Improvements: 192,700 | Market Value: |
| Owner(s): FLORES,BYRON A | Zoning: DD | Property Tax: 4,547 | Property Tax Year: 2017 | |
| Last Sale 1st Loan: 299,250 | | Type: | Lender: AMERICAS WHOLESALE LOAN | |
| Last Sale 2nd Loan: | | Type: | Lender: | |
| Last Refi 1st Loan: 294,000 | Date: 01/30/2006 | Type: | Lender: AMERICAN BROKERS CONDUIT | |
| Last Refi 2nd Loan: | Date: | Type: | Lender: | |

## Comparables Criteria

| | | | |
|---|---|---|---|
| Data Source: Local Mkt / Public Record | | Search Method: Distance | Max Dist: 0.5 |
| Beds: 4 - 5 | Baths: - | Living Area(sf): 1529 - 2293 | Land Area(sf): - |
| List Price: 1 - 100 | Sold Price: - | Age: 105 - 109 | Months Back: 12 |
| Sales Type Filter: - | | | |

**Comments:**

The OA in Vault dated 01/17/2006 describes the subject as 107 Years old single family residence with 1,911 SF GLA, 5 bedrooms, 1.5 baths, on 5,227 SF lot. Public Record describes the subject similarly except for GLA not describes, 4 bedrooms, 1 full bath, 2 half baths and 5,445 SF lot. The OA was relied on. The subject appears to be in Average condition as per the photos in VMS. VMS reports the subject to be Occupied. Close proximity to Commercial area and Non Residential area could have an effect on value and marketability. According to online data, the subject has been sold by an arm's length transaction in the past 36 months. Hybrid shows the subject to be actively listed for sale since 09/07/2016 for $ 430,000. The status was changed to expired on 12/31/2016 for $ 430,000. The Hybrid market statistics reflect Increasing market conditions. The Hybrid search criteria were modified to include only comparables sold during the past 12 Months, with GLA range from 1,529 SF to 2,293 SF, located within a distance of 0.5 Miles, Subject's List or Sold price in valuation was unchecked, Ages range from 105 Years to 109 Years and Bed count range from 4 Beds to 5 Beds. The Hybrid default value is $ 437,000. The prior reviewed value range was $ 420,000 to $ 420,000. The Hybrid adjusted value is $ 415,000; which is not a significant variance from the previous reviewed value. Comparables 1 and 2 were considered to determine the reliability.

## Historical List / Sale Information

| Date | Price | Type | Data Source | Buyer | Seller |
|---|---|---|---|---|---|
| 12/31/2016 | 430,000 | Expired | Local Mkt | | |
| 09/07/2016 | 430,000 | Listed | Local Mkt | | |
| 08/08/2007 | 349,900 | Expired | Local Mkt | | |
| 07/14/2006 | 349,900 | Listed | Local Mkt | | |
| 01/29/2003 | 315,000 | Sold | Public Record | FLORES,BYRON A | GAGLIARDI,CHRISTIAN |
| 12/29/2000 | 239,000 | Sold | Public Record | GAGLIARDI,CHRISTIAN | DIPLATZI,RITA |

## Comparables Map



## Selected Comparables

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.48 | 64 DEAN ST | 4 | 3 | 2,114 | 4,617 | 1910 | 425,000 | 11/07/2016 | | | C009 | | | | Public | Sold |
| 2 | 0.43 | 41 ACORN ST | 4 | 1.5 | 1,821 | 4,939 | 1910 | 433,000 | 06/28/2016 | 409,000 | 03/08/2016 | C002 | | | | L Mkt | Sold |



**241 BELMONT ST    EVERETT  MA  02149**
Estimated Value:  415,000
High: 435,800  Low: 394,200

Loan No:
Ref No:

Date: 06/21/2017
Retro Dt:

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 0.12 | 39 WEDGEWOOD ST | 4 | 1 | 1,706 | 5,001 | 1910 | 293,000 | 08/26/2016 | | | C012 | | | | Public | Sold |
| 4 | 0.2 | 61 RICH ST | 4 | 2 | 1,941 | 2,792 | 1910 | 385,000 | 10/27/2016 | | | C021 | R | | | Public | Sold |

Selected Comparables



**241 BELMONT ST    EVERETT  MA  02149**
Estimated Value:  415,000
High: 435,800  Low: 394,200

Loan No:
Ref No:

Date: 06/21/2017
Retro Dt:

**Property Photos**



7145320292_Front





**241 BELMONT ST    EVERETT  MA  02149**
Estimated Value: 415,000
High: 435,800  Low: 394,200

Loan No: 
Ref No:

Date: 06/21/2017
Retro Dt:

Charts





**241 BELMONT ST     EVERETT  MA  02149**
Estimated Value:  415,000                                       Loan No:                          Date: 06/21/2017
High: 435,800  Low: 394,200                                     Ref No:                           Retro Dt:

Charts



**Disclaimer:** This **estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. Collateral Analytics, LLC is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data compiled by Collateral Analytics, LLC. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. Collateral Analytics, LLC is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.

Equal Housing Opportunity Statement: We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.