**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., <br><br> Debtor. <br> U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES SERIES 2006-9, <br><br> Movant, <br><br> and <br><br> AMERICAN HOME MORTGAGE HOLDINGS, INC., <br> Debtor. | Chapter 11 <br> Case No. 07-11047-CSS |

**ORDER GRANTING RELIEF FROM STAY AS TO 241 BELMONT STREET, EVERETT, MA**

  **AND NOW, TO WIT**, this _____ day of _____, U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9's (hereinafter "Creditor") Motion for Relief from Automatic Stay and Request for Adequate Protection having been duly presented, heard and considered;

  The Court finds the facts as stated in the creditor's Motion;

  **IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby modified to permit the enforce its security interest in 241 Belmont Street, Everett, Massachusetts 02149 (hereinafter "Property"), through foreclosure proceedings, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law and for the purpose of clearing title to the Property; and it is further

**ORDERED** that, for the avoidance of doubt, nothing in this Order is intended; nor shall be construed to authorize the Creditor to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above captured Debtors; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Ordered; and it is further

**ORDERED** that the Rule 4001 (a)(3) us not applicable.

_____
J., U.S. Bankruptcy Court