**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In re: AMERICAN HOME MORTGAGE HOLDINGS, INC.,
           Debtor.

Chapter 11
Case No. 07-11047-CSS

## CERTIFICATE OF SERVICE

I, Kristi J. Doughty, certify that I am not less than 18 years of age; that service of this Motion for Relief was made on December 42, 2017, in accordance with Fed. R. Bankr. P 7004 on:

**American Home Mortgage Holdings, Inc.**
**538 Broadhollow Road**
**Melville, NY 11747**

**Ryan M. Bartley**
**Sean M Beach**
**Donald J. Bowman Jr.**
**Young Conaway Stargatt & Taylor, LLP**
**Rodney Square**
**1000 North King Street**
**Wilmington, DE 19801**

**Quinn Emanuel**
**Quinn Emanuel Urquhart Oliver & Hedges**
**51 Madison Ave #22**
**New York, NY 10010**

**Byron Flores**
**241 Belmont St.**
**Everett, MA 02149**

**R. Karl Hill**
**Seitz, Van Ogtrop &Green, P.A.**
**222 Delaware Avenue, Suite 1500**
**P.O. Box 68**
**Wilmington, DE 19899**

**Patrick A. Jackson**
**Drinker Biddle & Reath LLP**
**222 Delaware Avenue**
**Wilmington, DE 19801**

**Edward Joseph Kosmowski**
**Law Office of Edward J. Kosmowski, LLC**
**2 Mill Road**
**Suite 202**
**Wilmington, DE 19806**

**Mark S. Kenney**
**Office of the U.S. Trustee**
**844 King Street, Suite 2207**
**Lockbox 35**
**Wilmington, DE 19801**

**David W. Carickhoff**
**Alan Michael Root**
**Archer & Greiner, P.C.**
**300 Delaware Av**
**Suite 1100**
**Wilmington, DE 19801**

**Bonnie Glantz Fatell**
**Victoria A. Guilfoyle**
**Blank Rome LLP**
**1201 Market Street, Suite 800**
**Wilmington, DE 19801**

**Claims Agent**
**Epiq Bankruptcy Solutions LLC**
**777 Third Avenue, 12th Floor**
**New York, NY 10017**

McCABE, WEISBERG & CONWAY, LLC

*/s/ Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
1407 Foulk Road, Suite 102
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor