IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
    Ann Hicks                                  Chapter 11
                                              Case Number 07-11047-CSS

    Debtor

**NOTICE OF APPEARANCE**

    Please take notice that Orlans PC has been retained as Attorney for Creditor, U.S. Bank Trust National Association, as Trustee for Towd Point Master Funding Trust 2017-PM13, in the entitled action. You are requested to serve a copy of each notice of any proceeding, hearing and/or report in this matter, including, but not limited to notices required by pursuant to Bankruptcy Rules 9010(b) and 2002 and the Local Rules of Bankruptcy Procedure, upon the undersigned at the address indicated below.

Date:  January 10, 2018

                                                             Respectfully submitted,

                                                             */s/ Timothy Shelley*
                                                             Jessica L. Mullenix Woodward, Bar # 5516
                                                             Timothy Shelley, Bar # 4460
                                                             Orlans PC
                                                             1201 N. Orange St. Suite 7301
                                                             Wilmington, DE 19801
                                                             (302)339-8800
                                                             Attorneys for U.S. Bank Trust National
                                                             Association, as Trustee for Towd Point Master
                                                             Funding Trust 2017-PM13
                                                             jwoodward@orlans.com
                                                            tshelley@orlans.com

## CERTIFICATE OF SERVICE

The undersigned states that on January 10, 2018, copies of Notice of Appearance were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Ryan M. Bartley
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of Notice of Appearance to the following non-ECF participants:

Ann Hicks
674 East 222nd Street,
Bronx, NY 10469
*Debtor*

                                                **/s/ Timothy Shelley**
                                                Jessica L. Mullenix Woodward, Esquire
                                                Timothy Shelley, Esquire