# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, INC., | Chapter 11<br>Case No. 07-11047-CSS |
| Debtor. | |
| U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES SERIES 2006-9, | Docket Ref. No. 11411 |
| Movant, | |
| and | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., | |
| Debtor. | |

## **CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, she has not received an answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on December 20, 2017 by U.S. Bank National Association, as Trustee for GSAA Home Equity Trust 2006-9, Asset-Backed Certificates Series 2006-9. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than February 7, 2018.

IT IS HEREBY respectfully requested that the attached Order for Relief from Automatic Stay be entered at the earliest convenience of the Court.

                         McCABE, WEISBERG & CONWAY, LLC

                         _/s/ Kristi J. Doughty_
                         Janet Z. Charlton, Esquire (No. 2797)
                         Chase N. Miller, Esquire (No. 5363)
                         Kristi J. Doughty, Esquire (No. 3826)
                         Michael K. Pak, Esquire (No. 5822)
                         1407 Foulk Road, Suite 204
                         Foulkstone Plaza
                         Wilmington, DE 19803
                         (302) 409-3520 [tel]
                         (855) 425-1980 [fax]
                         Attorney for Creditor

DATED: February 9, 2018