**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: AMERICAN HOME MORTGAGE HOLDINGS, NC.,<br><br>Debtor.<br><br>U.S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR GSAA HOME EQUITY TRUST 2006-9, ASSET-BACKED CERTIFICATES SERIES 2006-9,<br><br>Movant,<br><br>and<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC.,<br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS |

**CERTIFICATE OF SERVICE**

I, Kristi J. Doughty, certify that I am not less than 18 years of age; that service of this **Certification of No Objection** was made on February 9, 2018, in accordance with Fed. R. Bankr. P 7004 on:

**American Home Mortgage Holdings, Inc.**
538 Broadhollow Road
Melville, NY 11747

**Ryan M. Bartley**
**Sean M Beach**
**Donald J. Bowman Jr.**
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801

**Quinn Emanuel**
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Ave #22
New York, NY 10010

**R. Karl Hill**
Seitz, Van Ogtrop &Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

**Patrick A. Jackson**
Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801

**Edward Joseph Kosmowski**
Law Office of Edward J. Kosmowski, LLC
2 Mill Road, Suite 202
Wilmington, DE 19806

**Mark S. Kenney**
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**David W. Carickhoff**
**Alan Michael Root**
Archer & Greiner, P.C.
300 Delaware Av, Suite 1100
Wilmington, DE 19801

**Bonnie Glantz Fatell**
**Victoria A. Guilfoyle**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Claims Agent**
Epiq Bankruptcy Solutions LLC
777 Third Avenue, 12th Floor
New York, NY 10017

**Byron Flores**
241 Belmont St.
Everett, MA 02149

McCABE, WEISBERG & CONWAY, LLC

*/s/  Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor