**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: American Home Mortgage Holdings, Inc.,<br><br>Debtor.<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2,<br><br>Movant,<br><br>and<br><br>American Home Mortgage Holdings, Inc.,<br><br>Debtor. | Chapter 11<br>Case No. 07-11047-CSS<br><br><br><br><br><br><br><br><br><br>**Objections due: April 4, 2018 @ 04:00 p.m.**<br>**Hearing Date: April 11, 2017 @ 1:00p.m.** |

**NOTICE OF MOTION**

**TO:**

| | | |
|---|---|---|
| American Home Mortgage Holdings, Inc.<br>538 Broadhollow Road<br>Melville, NY 11747 | Quinn Emanuel<br>Quinn Emanuel Urquhart Oliver & Hedges<br>51 Madison Ave #22<br>New York, NY 10010 | Claims Agent<br>Epiq Bankruptcy Solutions LLC<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 |
| Sean Matthew Beach<br>Donald J. Bowman, Jr.<br>Robert S. Brady<br>Curtis J Crowther<br>Matthew Barry Lunn<br>Young Conaway Stargatt & Taylor, LLP<br>1000 North King Street<br>Wilmington, DE 19801 | R. Karl Hill<br>Seitz, Van Ogtrop & Green, P.A.<br>222 Delaware Avenue, Suite 1500<br>P.O. Box 68<br>Wilmington, DE 19899<br><br>Patrick A. Jackson<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 | Patricia Knowlton<br>1 Kenilworth Road<br>Worcester, MA 01602<br><br>Bonnie Glantz Fatell<br>Victoria A. Guilfoyle<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 |
| Edward Joseph Kosmowski<br>Law Office of Edward J. Kosmowski, LLC<br>2 Mill Road Suite 202<br>Wilmington, DE 19806 | David W. Carickhoff<br>Alan Michael Root<br>Archer & Greiner, P.C.<br>300 Delaware Av<br>Suite 1100<br>Wilmington, DE 19801 | Mark S. Kenney<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 |

You are required to file a response to the attached motion on or before April 4, 2018 at 4:00 p.m. Eastern Standard Time.

At the same time, you must also serve a copy of the response upon Movant's attorney:

Kristi J. Doughty, Esquire
McCabe, Weisberg & Conway, LLC
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803

**HEARING ON THE MOTION WILL BE HELD on April 11, 2018 at 1:00p.m.** in the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

**ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE APRIL 4, 2018 AT 4:00 PM EASTERN STANDARD TIME. FAILURE TO <u>TIMELY</u> FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.**

McCABE, WEISBERG & CONWAY, LLC

*/S/   Kristi J. Doughty*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor

DATED: March 19, 2018