# EXHIBIT B

| LOANID | ALOANID | SLOANID | NAME | B2_NAME | ADDRESS |
|--------|---------|---------|------|---------|---------|
| 87071 | | | ISLAM MOHAMMED | | 20 ALLEY POND COURT |
| 410604 | | | KACHERSKI THOMAS | | 1078 MAGGIE ROAD |
| 439584 | | | Bonder Julian | | 45 Sheridan Street |
| 465464 | | | Torres Benjamin | | 224 San Felipe Drive |
| 758829 | | | CHEN QINGRONG | | 12309 CYPRESS SPRING ROAD |
| 775576 | | | Payne William | | 20 Bent Oak Road |
| 775582 | | | JOHNSON JAY RYAN | | 556 NORTH HOBSON PLAZA |
| 775589 | | | Rice Leigh | | 24053 Vista Corona |
| 775628 | | | Hudson Dorothy | | 1460 Treasure Cove Lane |
| 775629 | | | Wells Scott | | 920 Club Circle |
| 775630 | | | VALENTINO DANA | | 192 CAMBON AVENUE |
| 775634 | | | Hanson Gloria | | 6867 STATE HIGHWAY 17 NORTH |
| 775642 | | | Baum James | | 807 Adams Avenue |
| 775648 | | | HILL LYNDA | | 3620 RENAISSANCE CIRCLE |
| 775653 | | | Grady Megan | | 901 Larch Pines Court |
| 775679 | | | Jordan Mark | | 37560 Charlotte Hall School Rd |
| 775701 | | | Reynolds Linda | | 8331 Colony Circle |
| 775703 | | | Ernst Don | | 6905 Carlimar Court |
| **775721** | | | **KNOWLTON PATRICIA** | | **1 KENILWORTH ROAD** |
| 775727 | | | HENRIQUES RONALD | | 1716 WILLOW SPRINGS DRIVE |
| 775734 | | | POWELL STEVEN | | 12842 WEST APODACA DRIVE |
| 775755 | | | NASH PAUL | | 12001 VERANO COURT |
| 775762 | | | Gentile Nicholas | | 2919 Winding River Drive |
| 775767 | | | Casey Thomas | | 1380 Concord Street |
| 775795 | | | McManus Michael | | 352 Locust Grove Drive |
| 775798 | | | McWilliams Bennie | | 4130 W. West End Avenue |
| 775809 | | | FINE DAVID | | 1556 FERENDINA DRIVE |
| 775812 | | | Vinson Ronald | | 403 Second Avenue |
| 775820 | | | Howell Jason | | 1459 Grantland Place |
| 775828 | | | Pendleton Jerry | | 309 Fairwood Drive |
| 775845 | | | Reyes Andres | | 800 Elgin Road #1520 |
| 775867 | | | Juliani Frank | | 152 North Bride Brook Road |
| 775875 | | | Pack Randall | | 4203 Elderbush Circle |
| 775877 | | | Escarcega Anna | | 141 Lakeshore Drive |
| 775887 | | | YOUSSEF ISSAM | | 141 E Madison Street |
| 775911 | | | Heinzen Lien | | 104 Montgomery Street |

| CITY | STATE | ZIPCODE | PROPTYPE | UNITS | OWNOCC | AMTERM | STDRTM | ORIGDATE |
|------|-------|---------|----------|-------|--------|--------|--------|----------|
| DIX HILLS | NEW YORK | 11746 | Single Family | | Primary Home | 360 | 312 | 5/14/2001 |
| Newburgh | NEW YORK | 12550 | Condo | | Primary Home | 360 | 360 | 5/4/2005 |
| Cambridge | MASSACHUSETTS | 2140 | Single Family | | Primary Home | 360 | 360 | 5/31/2005 |
| Imperial | CALIFORNIA | 92251 | Single Family | | Primary Home | 360 | 357 | 2/17/2005 |
| Clarksburg | MARYLAND | 20871 | PUD | | Primary Home | 360 | 357 | 2/28/2005 |
| Beaufort | SOUTH CAROLINA | 29907 | Single Family | | Primary Home | 360 | 360 | 5/24/2005 |
| Mesa | ARIZONA | 85203 | PUD | | Primary Home | 360 | 359 | 4/1/2005 |
| Dana Point | CALIFORNIA | 92629 | Condo | | Primary Home | 360 | 358 | 3/18/2005 |
| Vero Beach | FLORIDA | 32963 | Single Family | | Investment | 360 | 358 | 4/1/2005 |
| Glenview | ILLINOIS | 60025 | Single Family | | Primary Home | 360 | 358 | 3/29/2005 |
| Saint James | NEW YORK | 11780 | Single Family | | Primary Home | 360 | 359 | 4/21/2005 |
| RHINELANDER | WISCONSIN | 54501 | Single Family | | Primary Home | 360 | 358 | 3/24/2005 |
| Aberdeen | MARYLAND | 21001 | Single Family | | Primary Home | 360 | 359 | 4/21/2005 |
| Atlanta | GEORGIA | 30349 | Single Family | | Primary Home | 360 | 358 | 3/4/2005 |
|  Ladson | SOUTH CAROLINA | 29456 | Single Family | | Primary Home | 360 | 358 | 3/28/2005 |
| Charlotte Hall | MARYLAND | 20622 | Single Family | | Primary Home | 360 | 358 | 3/25/2005 |
| Easton | MARYLAND | 21601 | Single Family | | Investment | 360 | 358 | 3/28/2005 |
| Louisville | KENTUCKY | 40222 | Single Family | | Primary Home | 360 | 359 | 3/28/2005 |
| **Worcester** | **MASSACHUSETTS** | **1602** | **Single Family** | | **Primary Home** | **360** | **358** | **3/31/2005** |
| Sykesville | MARYLAND | 21784 | Single Family | | Primary Home | 360 | 358 | 3/17/2005 |
| Litchfield Park | ARIZONA | 85340 | PUD | | Primary Home | 360 | 359 | 4/12/2005 |
| San Diego | CALIFORNIA | 92128 | Single Family | | Primary Home | 360 | 359 | 4/6/2005 |
| North Myrtle Beach | SOUTH CAROLINA | 29582 | PUD | | Primary Home | 180 | 178 | 3/10/2005 |
| Framingham | MASSACHUSETTS | 1701 | Single Family | | Primary Home | 360 | 358 | 3/18/2005 |
| Purcellville | VIRGINIA | 20132 | PUD | | Primary Home | 360 | 359 | 4/15/2005 |
| Chicago | ILLINOIS | 60624 | 2-4 Family | | Primary Home | 360 | 359 | 5/6/2005 |
| Deltona | FLORIDA | 32725 | Single Family | | Investment | 360 | 359 | 4/18/2005 |
| Farmville | VIRGINIA | 23901 | Single Family | | Investment | 360 | 359 | 4/29/2005 |
| Greensboro | NORTH CAROLINA | 27410 | PUD | | Primary Home | 360 | 358 | 3/15/2005 |
| Richmond | VIRGINIA | 23235 | Single Family | | Primary Home | 360 | 358 | 3/21/2005 |
| Evanston | ILLINOIS | 60201 | Condo | | Investment | 360 | 359 | 4/8/2005 |
| Niantic | CONNECTICUT | 6357 | Single Family | | Primary Home | 360 | 359 | 4/19/2005 |
| Greensboro | NORTH CAROLINA | 27405 | PUD | | Primary Home | 360 | 358 | 3/23/2005 |
| Harriman | TENNESSEE | 37748 | Single Family | | Primary Home | 360 | 359 | 4/7/2005 |
| Elmhurst | ILLINOIS | 60126 | Single Family | | Primary Home | 360 | 358 | 3/30/2005 |
| Raleigh | NORTH CAROLINA | 27607 | Single Family | | Primary Home | 360 | 358 | 3/22/2005 |

| FPDATE | MTDATE | ASOFDATE | PTDATE | ORIGBAL | CURBAL | SCHEDBAL | ARMTYPE | RATE | PANDI | LTV_CALC |
|--------|--------|----------|--------|---------|--------|----------|---------|------|-------|----------|
| 7/1/2001 | 6/1/2031 | 6/1/2005 | 4/1/2005 | 650000 | 622173.86 | | 5/1 ARM | 7.5 | | 76.56 |
| 7/1/2005 | 6/1/2035 | 6/1/2005 | 6/1/2005 | 131490 | 131490 | | 5/25 ARM (Libor) | 6.875 | | 79.99 |
| 7/1/2005 | 6/1/2035 | 6/1/2005 | 6/1/2005 | 311200 | 311200 | | 1 Year ARM | 4.25 | | 80 |
| 4/1/2005 | 3/1/2035 | 6/1/2005 | 6/1/2005 | 137520 | 137097.32 | | Fixed Rate | 5.875 | | 80 |
| 4/1/2005 | 3/1/2035 | 6/1/2005 | 6/1/2005 | 200000 | 199399.69 | | Fixed Rate | 6 | | 33.52 |
| 7/1/2005 | 6/1/2035 | 6/1/2005 | 6/1/2005 | 143200 | 143200 | | 5/25 ARM (Libor) | 7 | | 80 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 86400 | 86400 | | 3/1 ARM | 5.25 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 349300 | 349300 | | 3/27 ARM (Libor) | 5.375 | | 70 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 150000 | 149556.54 | | MTA | 4.904 | | 37.5 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 570000 | 569999.99 | | 5/1 ARM | 5.875 | | 71.25 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 384000 | 383617.73 | | Fixed Rate | 6 | | 64.81 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 173000 | 172670.85 | | Fixed Rate | 6.25 | | 78.64 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 168000 | 168000 | | Fixed Rate | 5.875 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 266400 | 266400 | | Fixed Rate | 6.5 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 117600 | 117600 | | Fixed Rate | 6.5 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 232000 | 231599.38 | | Fixed Rate | 6.75 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 150000 | 149713.97 | | Fixed Rate | 6.25 | | 63.83 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 119900 | 119687.28 | | Fixed Rate | 6.25 | | 76.37 |
| **5/1/2005** | **4/1/2035** | **6/1/2005** | **6/1/2005** | **212730** | **212730** | | **Fixed Rate** | **6.75** | | **70** |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 756000 | 754629.44 | | Fixed Rate | 6.5 | | 79.92 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 5/1/2005 | 164000 | 164000 | | 1 Year ARM | 4.25 | | 80 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 5/1/2005 | 576000 | 576000 | | 1 Year ARM | 5.25 | | 65.08 |
| 5/1/2005 | 4/1/2020 | 6/1/2005 | 6/1/2005 | 52000 | 51637.68 | | Fixed Rate | 5.875 | | 15.2 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 240000 | 239485.64 | | Fixed Rate | 5.625 | | 55.17 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 472000 | 470000 | | 5/1 ARM | 5.375 | | 80 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 5/1/2005 | 276000 | 275795.17 | | 5/25 ARM (Libor) | 7.5 | | 80 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 5/1/2005 | 87850 | 87762.54 | | 5/25 ARM (Libor) | 6 | | 70 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 5/1/2005 | 94500 | 94500 | | 5/25 ARM (Libor) | 6 | | 70 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 84000 | 83974 | | Fixed Rate | 6.375 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 183000 | 182625.94 | | Fixed Rate | 5.875 | | 79.57 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 193200 | 193016.68 | | 5/1 ARM | 6.25 | | 70 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 6/1/2005 | 161400 | 161235.45 | | 5/25 ARM (Libor) | 5.875 | | 60 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 136000 | 135741.23 | | Fixed Rate | 6.25 | | 80 |
| 6/1/2005 | 5/1/2035 | 6/1/2005 | 5/1/2005 | 159600 | 159459.74 | | Fixed Rate | 7.25 | | 95 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 5/1/2005 | 260000 | 259654.51 | | MTA | 5.137 | | 80 |
| 5/1/2005 | 4/1/2035 | 6/1/2005 | 6/1/2005 | 426400 | 425507.5 | | Fixed Rate | 5.75 | | 80 |

| COMBLTV_CALC | CREDITCL | LIMDOC | LOANPURP | DTI | FICO | INDEX | MARGIN | FPERCAP |
|---|---|---|---|---|---|---|---|---|
| 76.56 | A | Full | Purchase | 33.793 | 566 | 1 Year CMT (Weekly) | 2.75 | 3 |
| 79.99 | A | Stated | Purchase | 36.366 | 760 | 6 Month Libor (Wall St) | 5 | 5 |
| 80 | A | Full | Purchase | 32.88 | 751 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 2 |
| 80 | A | Stated | Purchase | 35.951 | 701 | Fixed Rate | 0 | 0 |
| 33.52 | A | No Documentation | Purchase | 0 | 768 | Fixed Rate | 0 | 0 |
| 80 | A | Full | Purchase | 47.017 | 648 | 6 Month Libor (Wall St) | 5 | 5 |
| 80 | A | Full | Purchase | 36.008 | 698 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 2 |
| 70 | A | Stated | Purchase | 39.771 | 762 | 6 Month Libor (Wall St) | 2.25 | 3 |
| 37.5 | A | Stated | Purchase | 18.308 | 705 | 1 Year CMT (Moving Mos Avg) | 2.4 | 0 |
| 71.25 | A | Full | Cash Out Refinance | 41.858 | 639 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 5 |
| 64.81 | A | No Documentation | Purchase | 0 | 681 | Fixed Rate | 0 | 0 |
| 78.64 | A | No Documentation | Cash Out Refinance | 0 | 746 | Fixed Rate | 0 | 0 |
| 80 | A | Full | Purchase | 27.781 | 792 | Fixed Rate | 0 | 0 |
| 80 | A | Stated | Rate/Term Refinance | 37.948 | 638 | Fixed Rate | 0 | 0 |
| 80 | A | Full | Rate/Term Refinance | 33.594 | 620 | Fixed Rate | 0 | 0 |
| 80 | A | No Documentation | Cash Out Refinance | 0 | 636 | Fixed Rate | 0 | 0 |
| 63.83 | A | No Documentation | Purchase | 0 | 802 | Fixed Rate | 0 | 0 |
| 76.37 | A | Stated | Cash Out Refinance | 42.99 | 623 | Fixed Rate | 0 | 0 |
| **70** | **A** | **No Documentation** | **Purchase** | **0** | **696** | **Fixed Rate** | **0** | **0** |
| 79.92 | A | Stated | Cash Out Refinance | 46.046 | 627 | Fixed Rate | 0 | 0 |
| 80 | A | Full | Cash Out Refinance | 35.714 | 718 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 2 |
| 65.08 | A | No Documentation | Purchase | 0 | 772 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 2 |
| 15.2 | A | No Documentation | Rate/Term Refinance | 0 | 761 | Fixed Rate | 0 | 0 |
| 55.17 | A | No Documentation | Cash Out Refinance | 0 | 719 | Fixed Rate | 0 | 0 |
| 80 | A | Full | Purchase | 47.715 | 700 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 5 |
| 80 | A | No Documentation | Cash Out Refinance | 0 | 574 | 6 Month Libor (Wall St) | 5 | 5 |
| 70 | A | Stated | Cash Out Refinance | 16.087 | 711 | 6 Month Libor (Wall St) | 2.25 | 5 |
| 70 | A | Full | Purchase | 30.45 | 785 | 6 Month Libor (Wall St) | 2.25 | 5 |
| 80 | A | Full | Purchase | 28.2 | 679 | Fixed Rate | 0 | 0 |
| 79.57 | A | Stated | Rate/Term Refinance | 37.013 | 711 | Fixed Rate | 0 | 0 |
| 70 | A | Full | Cash Out Refinance | 34.672 | 744 | 1 Year Libor (WSJ/1 Mo Lead) | 2.25 | 5 |
| 60 | A | Full | Purchase | 22.333 | 731 | 6 Month Libor (Wall St) | 2.25 | 5 |
| 80 | A | Stated | Purchase | 39.943 | 732 | Fixed Rate | 0 | 0 |
| 95 | A | No Documentation | Purchase | 0 | 657 | Fixed Rate | 0 | 0 |
| 80 | A | Stated | Rate/Term Refinance | 25.088 | 658 | 1 Year CMT (Moving Mos Avg) | 2.79 | 0 |
| 80 | A | Full | Purchase | 37.542 | 775 | Fixed Rate | 0 | 0 |

| FLOOR | MAXRATE | PERCAP | FRADATE | NRADATE | RFREQ | ORIGINATOR | SERVICER | CUSTODIAN | BUYID | SELLER | LIENPOS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.75 | 12.5 | 2 | 6/1/2006 | 6/1/2006 | 12 | | | | | | 1st Lien |
| 5 | 11.875 | 1 | 6/1/2010 | 6/1/2010 | 6 | | | | | | 1st Lien |
| 2.25 | 11 | 2 | 6/1/2006 | 6/1/2006 | 12 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 5 | 12 | 1 | 6/1/2010 | 6/1/2010 | 6 | | | | | | 1st Lien |
| 2.25 | 11.25 | 2 | 5/1/2008 | 5/1/2008 | 12 | | | | | | 1st Lien |
| 2.25 | 10.375 | 1 | 4/1/2008 | 4/1/2008 | 6 | | | | | | 1st Lien |
| 2.4 | 10.35 | 0 | 5/1/2005 | 7/1/2005 | 1 | | | | | | 1st Lien |
| 2.25 | 10.875 | 2 | 4/1/2010 | 4/1/2010 | 12 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| **0** | **0** | **0** | **00/00/0000** | **00/00/0000** | **0** | | | | | | **1st Lien** |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 2.25 | 11 | 2 | 5/1/2006 | 5/1/2006 | 12 | | | | | | 1st Lien |
| 2.25 | 11.25 | 2 | 5/1/2006 | 5/1/2006 | 12 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 2.25 | 10.375 | 2 | 5/1/2010 | 5/1/2010 | 12 | | | | | | 1st Lien |
| 5 | 12.5 | 1 | 5/1/2010 | 5/1/2010 | 6 | | | | | | 1st Lien |
| 2.25 | 11 | 1 | 5/1/2010 | 5/1/2010 | 6 | | | | | | 1st Lien |
| 2.25 | 11 | 1 | 5/1/2010 | 5/1/2010 | 6 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 2.25 | 11.25 | 2 | 5/1/2010 | 5/1/2010 | 12 | | | | | | 1st Lien |
| 2.25 | 10.875 | 1 | 5/1/2010 | 5/1/2010 | 6 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |
| 2.79 | 9.95 | 0 | 5/1/2005 | 7/1/2005 | 1 | | | | | | 1st Lien |
| 0 | 0 | 0 | 00/00/0000 | 00/00/0000 | 0 | | | | | | 1st Lien |

| PRPAYPEN | PREPAY DESC | EXISTING_PMI_FLAG | PMI CERT NUMBER |
|---|---|---|---|
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 1 | 2% OF UPB | N | |
| 0 | | N | |
| 0 | | N | |
| 3 | 6 MO. INT. AMT PREPAID >20% ORIGBAL | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| **0** | | **N** | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | N | |
| 0 | | Y | |
| 0 | | N | |
| 3 | 6 MO. INT. AMT PREPAID >20% ORIGBAL | N | |

| EXISTING_PMI_COMPANY | PURCH_PMI_FLAG | PURCH_PMI_COMPANY | TOTAL PMI FLAG | TOTAL PMI COMPANY |
|---|---|---|---|---|
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| **00-None** | | **00-None** | **N** | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |
| 17- Radian Guaranty | | 00-None | Y | 17 |
| 00-None | | 00-None | N | |
| 00-None | | 00-None | N | |

| DSI FLAG | LOANTYPE | POOL | SERVICING FEE | TRUSTEE FEE | RATE_CUT_PROGRAM | PROGRAM_CODE |
|---|---|---|---|---|---|---|
| | Conventional | 4 | 0.25 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 2 | 0.375 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 2 | 0.375 | | | |
| | Conventional | 2 | 0.375 | | | |
| | Conventional | 1 | 0.375 | | | |
| | Conventional | 4 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | **Conventiona** | **5** | **0.25** | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 2 | 0.375 | | | |
| | Conventional | 2 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 4 | 0.25 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 3 | 0.375 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 5 | 0.25 | | | |
| | Conventional | 1 | 0.375 | | | |
| | Conventional | 5 | 0.25 | | | |