# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: American Home Mortgage Holdings, Inc., <br><br>Debtor. <br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, <br><br>Movant, <br><br>and <br><br>American Home Mortgage Holdings, Inc., <br><br>Debtor. | Chapter 11 <br> Case No. 07-11047-CSS |

## AFFIDAVIT IN SUPPORT OF
## MOTION FOR RELIEF FROM AUTOMATIC STAY

I, _____Marilyn Solivan_____, declare under penalty of perjury as follows:

1. I am employed as a \_\_\_Contract Management Coordinator\_\_\_ of Ocwen Loan Servicing, LLC and am authorized to sign this Affidavit on behalf of Ocwen Loan Servicing, LLC as servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 (the "Movant"). This Affidavit is provided in support of the Motion for Relief from Stay (the "Motion") filed contemporaneously herewith.

2. I make this affirmation based upon my review of the records with regard to this underlying loan transaction, which are kept in the ordinary course of business of Ocwen Loan Servicing, LLC. As part of my job responsibilities for Ocwen Loan Servicing, LLC, I have personal knowledge of and am familiar with the types of records maintained by Ocwen Loan Servicing, LLC in connection with the loan that is the subject of the Motion (the "Loan") and the procedures for creating those types of records., I have access to and have reviewed the books, records and files of Ocwen Loan Servicing, LLC that pertain to the Loan and extension of credit given to Debtors concerning the property securing such Loan.

3. The information in this affidavit is taken from Ocwen Loan Servicing, LLC's business records regarding the Loan. The records are: (a) made at or near the time of the occurrence of the matters recorded by person with personal knowledge of the information in the business record, or from information transmitted by persons with personal

-2-

knowledge; (b) kept in the course of Ocwen Loan Servicing, LLC's regularly conducted business activities; and (c) it is the regular practice of Ocwen Loan Servicing, LLC to make such records.

4. The Borrower, Patricia A. Knowlton has executed and delivered or is otherwise obligated with respect to that certain promissory note referenced in the Motion (the "Note"). The Borrower, Patricia A. Knowlton has executed and delivered or is otherwise obligated with respect to that certain Mortgage referenced in the Motion (the "Mortgage"). Pursuant to that certain Mortgage referenced in the Motion (the "Mortgage"), all obligations of the Debtor(s) under and with respect to the Note and the Mortgage are secured by the property referenced in the Motion.

5. As of February 13, 2018, there are one or more defaults by the Borrower in paying contractual amounts due with respect to the Note.

6. As of February 13, 2018, the unpaid principal balance of the Note is $206,802.93.

**[SPACE INTENTIONALLY LEFT BLANK]**

7. The following chart sets forth those contractual payments, due pursuant to the terms of the Note that have been missed by the Borrower as of February 13, 2018:

| Number of Missed Payments | From: | To: | Monthly Missed Principal and Interest | Monthly Missed Escrow (if applicable) | Monthly Payment Amount | Total Amounts Missed |
|---|---|---|---|---|---|---|
| 39 | 01/01/2012 | 03/01/2015 | $1,468.63 | $484.12 | $1,952.75 | $76,157.25 |
| 12 | 04/01/2015 | 03/01/2016 | $1,468.63 | $538.29 | $2,006.92 | $24,083.04 |
| 10 | 04/01/2016 | 01/01/2017 | $1,468.63 | $518.79 | $1,987.42 | $19,874.20 |
| 12 | 02/01/2017 | 01/01/2018 | $1,468.63 | $555.79 | $2,024.42 | $24,293.04 |
| 1 | 02/01/2018 | 02/01/2018 | $1,468.63 | $556.88 | $2,025.51 | $2,025.51 |
| | | | | Less Contractual partial payments (suspense balance): | | $0.00 |
| | | | | | Total: | $146,433.04 |

Pursuant to 28 U.S.C. 1746, I hereby declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8th day of March, 2018.

_____
Signature

Name: Marilyn Solivan
Title: Contract Management Coordinator

STATE OF FLORIDA
COUNTY OF PALM BEACH

The foregoing instrument was acknowledged before me this 8 day of March 20 18 by Marilyn Solivan as Contract Management Coordinator for Ocwen Loan Servicing, LLC who is the servicer for Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2, who is personally known to me or who has produced _____ as identification.

_____
Signature of Notary Public
Name of Notary Public: Rafael Gonzalez

Notary Public State of Florida
RAFAEL GONZALEZ
My Commission GG 045859
Expires 11/08/2020

Personally known: ✓
OR Produced Identification: _____
Type of Identification Produced: _____

-3-