# EXHIBIT D



# 1 KENILWORTH RD    WORCESTER  MA  01602

**Estimated Value: 266,000**
**High: 279,300  Low: 252,700**

Loan No:  
Ref No:  

Date: 06/06/2017  
Retro Dt:

## Property Information

| | | | | |
|---|---|---|---|---|
| County: WORCESTER (25027) | Property Type: Single Family (SFR) | Beds: 4 | Baths: 1.5 | SqFt: 2064 |
| Land: 9100 | Yr Built: 1916 | Carrier Route: C029 | Asd Value: 222,600 | Asd Yr: 2017 |
| Sld Price: 303,900 | Sld Date: 03/31/2005 | List Price: 305,900 | List Date: 01/18/2005 | Off Mkt Date: |

## Additional Information

| | | | | |
|---|---|---|---|---|
| Parcel Number: M:24 B:005 L:00009 | Census Tract: 730901 | Floor Count: 2 | Basement \| Unfinished: 875 \| | Pool: |
| Legal Description: MAPNUM:000024 WARDNUM:00 BLOCKNUM:000005 LOTNUM:000009 UNITNUM:00000 | View: | Land Value: 59,300 | Improvements: 163,300 | Market Value: |
| Owner(s): KNOWLTON,PATRICIA A | Zoning: RS-7 | Property Tax: 4,278 | Property Tax Year: 2017 | |
| Last Sale 1st Loan: 212,730 | | Type: | Lender: NEW ENGLAND HOME MORTGAGE | |
| Last Sale 2nd Loan: | | Type: | Lender: | |
| Last Refi 1st Loan: 75,975 | Date: 03/31/2005 | Type: | Lender: NEW ENGLAND HOME MORTGAGE | |
| Last Refi 2nd Loan: | Date: | Type: | Lender: | |

## Comparables Criteria

| | | | |
|---|---|---|---|
| Data Source: Local Mkt / Public Record | | Search Method: Neighborhood | Max Dist: |
| Beds: - | Baths: - | Living Area(sf): 1754 - 2374 | Land Area(sf): - |
| List Price: 1 - 100 | Sold Price: - | Age: 76 - 126 | Months Back: 12 |
| Sales Type Filter: - | | | |

**Comments:**
The OA in Vault dated 02/28/2005 describes the subject as 101 Years old single family residence with 2,064 SF GLA, 4 bedrooms, 1.5 baths, on 9,100 SF lot. Public Record describes the subject similarly except for 1,910 SF GLA. There is a GLA discrepancy of 154 SF between OA and Public Record. There was no floor sketch available in the tax records. Confirmed the GLA from the floor sketch in OA. The OA was relied on as the OA floor sketch seems to be correct as it was done by certified appraiser. The subject appears to be in Average condition as per the photos in VMS. VMS reports the subject to be Occupied. Close proximity to Non Residential area and Commercial area could have an effect on value and marketability. According to online data, the subject has not been sold by an arm's length transaction in the past 36 months. Online sources did not reveal an active listing for the subject. The Hybrid market statistics reflect Increasing market conditions. The Hybrid search criteria were modified to include only comparables sold during the past 12 Months, with GLA range from 1,754 SF to 2,374 SF and age range from 76 years to 126 years. The Hybrid default value is $ 258,000. The prior reviewed value range was $ 234,600 to $ 259,400. The Hybrid adjusted value is $ 266,000; which is not a significant variance from the previous reviewed value. Comparables 1 and 4 were considered to determine the reliability.

## Historical List / Sale Information

| Date | Price | Type | Data Source | Buyer | Seller |
|---|---|---|---|---|---|
| 04/07/2011 | 1 | Sold | Public Record | HENRY J KRALIAN IRT | KRALIAN,HENRY J |
| 03/31/2005 | 303,900 | Sold | Public Record | KNOWLTON,PATRICIA A | DARNA,DEBRA E |
| 03/31/2005 | 303,900 | Sold | Local Mkt | | |
| 01/18/2005 | 305,900 | Listed | Local Mkt | | |
| 06/07/1996 | 126,000 | Sold | Public Record | DARNA,RONALD | RAFFERTY,JAMES M |
| 09/20/1989 | 169,000 | Sold | Public Record | RAFFERTY,JAMES | AFRAME,CARL |

## Comparables Map



## Selected Comparables

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 0.15 | 940 PLEASANT ST | 3 | 1.5 | 1,794 | 8,037 | 1923 | 261,500 | 03/13/2017 | 264,900 | 01/03/2017 | C012 | | | | L Mkt | Sold |
| 2 | 0.39 | 19 DELLWOOD RD | 4 | 1.5 | 2,040 | 7,500 | 1933 | 180,000 | 02/24/2017 | 159,900 | 01/06/2017 | C006 | R | | | L Mkt | Sold |
| 3 | 0.29 | 50 FLAGG ST | 4 | 1.5 | 2,084 | 13,600 | 1920 | 248,500 | 06/20/2016 | 259,900 | 03/06/2016 | C012 | | | | L Mkt | Sold |



**1 KENILWORTH RD    WORCESTER   MA   01602**
Estimated Value: 266,000
High: 279,300  Low: 252,700

Loan No: ▮▮▮▮▮
Ref No:
Date: 06/06/2017
Retro Dt:

| # | Dist. | Address | Beds | Baths | Living | Land | Yr Built | Sold | Sold Dt | List | List Dt | C.Rte. | REO | FC | SS | Source | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | 0.19 | 108 BEECHING ST | 3 | 1.5 | 2,160 | 6,300 | 1908 | 275,000 | 09/06/2016 | 278,000 | 07/19/2016 | C012 | | | | L Mkt | Sold |
| 5 | 0.33 | 11 ASHMORE RD | 4 | 2.5 | 1,830 | 7,200 | 1925 | 301,000 | 04/06/2017 | 289,900 | 03/03/2017 | C006 | | | | L Mkt | Sold |
| 6 | 0.38 | 5 GREENBRIAR LN | 3 | 2.5 | 2,079 | 8,622 | 1932 | 325,000 | 08/04/2016 | 319,900 | 06/02/2016 | C001 | | | | L Mkt | Sold |
| 7 | 0.82 | 88 JUNE ST | 4 | 1.5 | 2,242 | 8,125 | 1900 | 232,400 | 08/19/2016 | 235,000 | 02/08/2016 | C013 | | | | L Mkt | Sold |
| 8 | 0.5 | 33 SAINT ELMO RD | 4 | 1.5 | 2,352 | 11,620 | 1934 | 290,000 | 12/15/2016 | 284,900 | 10/11/2016 | C012 | | | | L Mkt | Sold |
| 9 | 0.35 | 34 VASSAR ST | 3 | 1.5 | 2,160 | 6,380 | 1930 | 286,000 | 10/12/2016 | 284,900 | 08/08/2016 | C001 | | | | L Mkt | Sold |
| 10 | 0.4 | 23 DELLWOOD RD | 4 | 1.5 | 1,764 | 7,500 | 1935 | 233,000 | 02/01/2017 | 240,000 | 11/04/2016 | C006 | | | | L Mkt | Sold |
| 11 | 0.83 | 8 SUBURBAN RD | 3 | 1.5 | 2,234 | 8,300 | 1931 | 323,000 | 05/12/2017 | 329,900 | 02/23/2017 | C004 | | | | L Mkt | Sold |
| 12 | 0.94 | 24 COPLEY RD | 3 | 1.5 | 1,908 | 6,180 | 1924 | 244,500 | 02/27/2017 | 245,000 | 12/21/2016 | C005 | | | | L Mkt | Sold |
| 13 | 0.22 | 386 MAY ST | 3 | 2.5 | 2,277 | 16,800 | 1919 | 334,500 | 04/13/2017 | 347,500 | 02/10/2017 | C021 | | | | L Mkt | Sold |
| 14 | 0.34 | 60 FLAGG ST | 3 | 3 | 1,920 | 18,967 | 1930 | 275,000 | 07/18/2016 | | | C012 | | | | Public | Sold |
| 15 | 0.71 | 6 PERROT ST | 4 | 1.5 | 1,812 | 15,179 | 1930 | 185,000 | 09/02/2016 | 180,000 | 06/27/2016 | C007 | R | | | L Mkt | Sold |



**1 KENILWORTH RD    WORCESTER  MA   01602**
Estimated Value:  266,000
High: 279,300  Low: 252,700

Loan No:
Ref No:

Date: 06/06/2017
Retro Dt:

Property Photos

Front



05/22/2017 11:53 AM




**1 KENILWORTH RD    WORCESTER  MA  01602**
Estimated Value: 266,000
High: 279,300  Low: 252,700
Loan No:
Ref No:
Date: 06/06/2017
Retro Dt:



**1 KENILWORTH RD    WORCESTER  MA  01602**

Estimated Value:  266,000                                         Loan No:                     Date: 06/06/2017
High: 279,300  Low: 252,700                                       Ref No:                                          Retro Dt:

### Charts



**Disclaimer:** This **estimate of market value** is computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data. This report has not been prepared by a licensed appraiser nor does it constitute an appraisal of the subject property and should not be relied upon as such. The data used to generate this report does not include information that could be derived from an inspection of the subject property and its surroundings. The condition of the property could greatly affect the accuracy of the estimate of value. The data and the information derived from the data in this report is provided as available and "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk. Collateral Analytics, LLC is not liable for the accuracy of the data or information provided in this report. The accuracy of the data and methodologies used are deemed reliable but are not warranted or guaranteed. The **charts and graphs** contained herein are computer generated by the application of various mathematical formulas and techniques proprietary to Collateral Analytics, LLC to available public record, local market and proprietary data compiled by Collateral Analytics, LLC. Such data is deemed reliable but may not be complete or accurate in all cases and is not guaranteed. Collateral Analytics, LLC is not liable for the accuracy of the information provided. The information displayed in these graphics is provided "AS IS" and is intended for internal asset valuation use only. All uses are at the user's sole risk.

Equal Housing Opportunity Statement: We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the Nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin.