**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: American Home Mortgage Holdings, Inc., | Chapter 11 |
| Debtor. | Case No. 07-11047-CSS |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, | Docket Ref. No. _____ |
| Movant, | |
| and | |
| American Home Mortgage Holdings, Inc., | |
| Debtor. | |

**ORDER AS TO 1 KENILWORTH RD., WORCESTER, MA.**

  **AND NOW, TO WIT**, this _____ day of _____, the creditor, Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2's (hereinafter "Creditor") Motion for Relief from Automatic Stay and Request for Adequate Protection having been duly presented, heard and considered;

  The Court finds the facts as stated in the creditor's Motion;

  **IT IS HEREBY ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby modified to permit the creditor to enforce its security interest in 1 Kenilworth Road, Worcester, Massachusetts 01602 (hereinafter "Property"), through a declaratory action with respect to the assignment of this loan from the Debtor and subsequent foreclosure as to Patricia Knowlton, judicial sale of the property and whatever other legal remedies which may be available to the creditor under applicable State law; and it is further

  **ORDERED** that, for the avoidance of doubt, nothing in this Order is intended; nor shall be construed to authorize the Creditor to seek, obtain, or enforce any award of damages or other monetary

relief, or to liquidate of collect upon any claim, against any of the above captured Debtors; and it is further

**ORDERED** that this Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Ordered; and it is further

**ORDERED** that the Rule 4001 (a)(3) is not applicable.

_____
J., U.S. Bankruptcy Court