**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: American Home Mortgage Holdings, Inc., <br><br> Debtor. | Chapter 11 <br> Case No. 07-11047-CSS |

**CERTIFICATE OF SERVICE**

      I, Kristi J. Doughty, certify that I am not less than 18 years of age; that service of this Motion for Relief was made on March 19, 2018, in accordance with Fed. R. Bankr. P 7004 on:

| | | |
|---|---|---|
| American Home Mortgage Holdings, Inc. <br> 538 Broadhollow Road <br> Melville, NY 11747 | Quinn Emanuel <br> Quinn Emanuel Urquhart Oliver & Hedges <br> 51 Madison Ave #22 <br> New York, NY 10010 | Claims Agent <br> Epiq Bankruptcy Solutions LLC <br> 777 Third Avenue, 12th Floor <br> New York, NY 10017 |
| Sean Matthew Beach <br> Donald J. Bowman, Jr. <br> Robert S. Brady <br> Curtis J Crowther <br> Matthew Barry Lunn <br> Young Conaway Stargatt & Taylor, LLP <br> 1000 North King Street <br> Wilmington, DE 19801 | R. Karl Hill <br> Seitz, Van Ogtrop & Green, P.A. <br> 222 Delaware Avenue, Suite 1500 <br> P.O. Box 68 <br> Wilmington, DE 19899 <br><br> Patrick A. Jackson <br> Drinker Biddle & Reath LLP <br> 222 Delaware Avenue <br> Wilmington, DE 19801 | Patricia Knowlton <br> 1 Kenilworth Road <br> Worcester, MA 01602 <br><br> Bonnie Glantz Fatell <br> Victoria A. Guilfoyle <br> Blank Rome LLP <br> 1201 Market Street, Suite 800 <br> Wilmington, DE 19801 |
| Edward Joseph Kosmowski <br> Law Office of Edward J. Kosmowski, LLC <br> 2 Mill Road Suite 202 <br> Wilmington, DE 19806 | David W. Carickhoff <br> Alan Michael Root <br> Archer & Greiner, P.C. <br> 300 Delaware Av <br> Suite 1100 <br> Wilmington, DE 19801 | Mark S. Kenney <br> Office of the U.S. Trustee <br> 844 King Street, Suite 2207 <br> Lockbox 35 <br> Wilmington, DE 19801 |

      Under penalty of perjury, I declare that the foregoing is true and correct.

      McCABE, WEISBERG & CONWAY, LLC
      */S/  Kristi J. Doughty*
      Janet Z. Charlton, Esquire (No. 2797)
      Chase N. Miller, Esquire (No. 5363)
      Kristi J. Doughty, Esquire (No. 3826)
      Michael K. Pak, Esquire (No. 5822)
      1407 Foulk Road, Suite 204
      Foulkstone Plaza
      Wilmington, DE 19803
      (302) 409-3520 [tel]
      (855) 425-1980 [fax]
      Attorney for Creditor