IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:
American Home Mortgage Holdings, Inc.

Debtor

Chapter 11
Case Number 07-11047-CSS

**LINE**

TO THE CLERK OF THE COURT: Counsel for U.S. Bank Trust, N.A., as Trustee for Towd Point Master Funding Trust 2017-PM13 request that Timothy Shelley, Esq. be removed as an attorney for the above captioned case and be replaced by the undersigned attorney, as he is no longer with Orlans PC.

RESPECTFULLY SUBMITTED

***/s/Jessica L. Mullenix Woodward***

Jessica L. Mullenix Woodward
Orlans PC
1201 N. Orange St. Suite 7301
Wilmington, DE 19801
Tel (302)339-8800
Fax (302)309-0040
JWoodward@orlans.com
*Counsel for U.S. Bank Trust, N.A., as Trustee for Towd Point Master Funding Trust 2017-PM13*

CERTIFICATE OF SERVICE

The undersigned states that on April 3, 2018, copies of Notice of Substitution of Counsel were filed with the Clerk of the Court using the ECF system, which will send notification of such filing to the following:

Ryan M. Bartley
Young Conaway Stargatt & Taylor, LLP
Rodney Square
1000 North King Street
Wilmington, DE 19801
bankfilings@ycst.com
*Debtor's Attorney*

and I hereby certify that I have caused to be mailed by first class mail, postage prepaid, copies of Notice of Substitution of Counsel to the following non-ECF participants:

American Home Mortgage Holdings, Inc.
538 Broadhollow Road,
Melville, NY 11747
*Debtor*

***/s/Jessica L. Mullenix Woodward***____
Jessica L. Mullenix Woodward