**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: American Home Mortgage Holdings, Inc., <br><br>  Debtor. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, <br><br>  Movant, <br><br> and <br><br> American Home Mortgage Holdings, Inc., <br><br>  Debtor. | Chapter 11 <br> Case No. 07-11047-CSS <br><br><br> Docket Ref. No. 11427 |

**CERTIFICATE OF NO OBJECTION**

The undersigned hereby certifies that, as of the date hereof, she has not received an answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay filed on March 19, 2018 by Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than April 4, 2018.

IT IS HEREBY respectfully requested that the attached Order for Relief from Automatic Stay be entered at the earliest convenience of the Court.

                                                McCABE, WEISBERG & CONWAY, LLC

                                                /s/  Janet Z. Charlton
                                                Janet Z. Charlton, Esquire (No. 2797)
                                                Chase N. Miller, Esquire (No. 5363)
                                                Kristi J. Doughty, Esquire (No. 3826)
                                                Michael K. Pak, Esquire (No. 5822)
                                                1407 Foulk Road, Suite 204
                                                Foulkstone Plaza
                                                Wilmington, DE 19803
                                                (302) 409-3520 [tel]
                                                (855) 425-1980 [fax]
                                                Attorney for Creditor

DATED: April 6, 2018