**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: American Home Mortgage Holdings, Inc., <br><br>　　　　　Debtor. <br><br> DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE FOR AMERICAN HOME MORTGAGE INVESTMENT TRUST 2005-2, <br><br>　　　　　Movant, <br><br>　　　　　and <br><br> American Home Mortgage Holdings, Inc., <br><br>　　　　　Debtor. | Chapter 11 <br> Case No. 07-11047-CSS |

**CERTIFICATE OF SERVICE**

　　　　I, Janet Z. Charlton, hereby certify on this 6th day of April, 2018, that I caused to be served a copy of the

　　Certificate of No Objection upon the following as indicated below:

Via U. S. Mail
American Home Mortgage Holdings, Inc.
538 Broadhollow Road
Melville, NY 11747

Via U.S. Mail
Quinn Emanuel
Quinn Emanuel Urquhart Oliver & Hedges
51 Madison Ave #22
New York, NY 10010

Via U.S. Mail
Claims Agent
Epiq Bankruptcy Solutions LLC
777 Third Avenue, 12th Floor
New York, NY 10017

Via U.S. Mail
Patricia Knowlton
1 Kenilworth Road
Worcester, MA 01602

Via CM/ECF
Sean Matthew Beach
Donald J. Bowman, Jr.
Robert S. Brady
Curtis J Crowther
Matthew Barry Lunn
Erin Edwards
Young Conaway Stargatt & Taylor, LLP
1000 North King Street
Wilmington, DE 19801

Via CM/ECF
R. Karl Hill
Seitz, Van Ogtrop & Green, P.A.
222 Delaware Avenue, Suite 1500
P.O. Box 68
Wilmington, DE 19899

Via CM/ECF
Patrick A. Jackson
Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801

Via CM/ECF
David W. Carickhoff
Alan Michael Root
Archer & Greiner, P.C.
300 Delaware Av
Suite 1100
Wilmington, DE 19801

Via CM/ECF
Edward Joseph Kosmowski
Law Office of Edward J. Kosmowski, LLC
2 Mill Road Suite 202
Wilmington, DE 19806

Via CM/ECF
Bonnie Glantz Fatell
Victoria A. Guilfoyle
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

Via CM/ECF
Mark S. Kenney
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

                McCABE, WEISBERG & CONWAY, LLC

          /s/   *Janet Z. Charlton*
Janet Z. Charlton, Esquire (No. 2797)
Chase N. Miller, Esquire (No. 5363)
Kristi J. Doughty, Esquire (No. 3826)
Michael K. Pak, Esquire (No. 5822)
1407 Foulk Road, Suite 204
Foulkstone Plaza
Wilmington, DE 19803
(302) 409-3520 [tel]
(855) 425-1980 [fax]
Attorney for Creditor