IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x  Chapter 11

In re:   :
  :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,   :
a Delaware corporation, et al.,[1]   :  Jointly Administered
  :
  Debtors.   :
---------------------------------------------------------------------------- x

## AMENDED[2] AGENDA OF MATTERS SCHEDULED
## FOR HEARING ON APRIL 11, 2018 AT 1:00 P.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

### UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1. Motion of Deutsche Bank National Trust Company, as Indenture Trustee for American Home Mortgage Investment Trust 2005-2 for Relief from the Automatic Stay and Request for Adequate Protection as to 1 Kenilworth Road, Worcester, ma  [D.I. 11427, 3/19/17]

    Objection Deadline:    April 4, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a) Certificate of No Objection [D.I. 11431, 4/6/18]

    b) **Order as to 1 Kenilworth Rd., Worcester, MA [D.I. 11433, 4/9/18]**

    Objections Filed:    None

    Status: **An order has been entered**.  No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2] **Amendments appear in bold**.

| | |
|---|---|
| Dated: April 9, 2018 | |
| Wilmington, Delaware | YOUNG, CONAWAY, STARGATT & TAYLOR, LLP |

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Jeffrey Zawadzki
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*