**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware Corporation, *et al*.<br><br>      Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Objection Deadline: July 16, 2018 @ 04:00 p.m.<br><br>Hearing Date:  July 24, 2018 @ 02:00 p.m. |

**NOTICE OF MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST FOR RELIEF FROM THE AUTOMATIC STAY**
<u>**AS TO 12061 ROSE HALL DRIVE, CLIFTON, VIRGINIA 20124**</u>

**TO:**
**ALL PARTIES RECEIVING NOTICE OF CM/ECF AND THE FOLLOWING:**

| | | |
|---|---|---|
| **James L. Patton, Jr.**<br>**Sean Matthew Beach**<br>**Kara Hammond Coyle**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | **Alan Michael Root**<br>**David W. Carickhoff**<br>Archer & Greiner P.C.<br>300 Delaware Avenue<br>Suite 1100<br>Wilmington, DE 19801 | **Edward L. Schnitzer**<br>CKR Law LLP<br>1330 Avenue of the Americas<br>New York, NY 10019<br>212-259-7300 |
| **Gabriel R. MacConaill**<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19801 | **Mark S. Kenney**<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | **Patrick A. Jackson**<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| **Victoria A. Guilfoyle**<br>**Bonnie Glantz Fatell**<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | **Theresa and**<br>**Lawrence Fedewa**<br>12061 Rose Hall Drive<br>Clifton, VA 20124-2066 | **Clifton Greens, Inc.**<br>c/o Commonwealth of Virginia<br>State Corporation Commission<br>1300 East Main Street<br>P.O. Box 1197<br>Richmond, VA 23218 |

| | | |
|---|---|---|
| **Kendal E. Carson, Trustee**<br>6607 Rock Crystal Drive<br>Clifton, VA 20124 | **Kevin F. DeCoste, Trustee**<br>c/o Secretary of Commonwealth<br>Attn: Service of Process<br>1111 East Broad Street, 4th Floor<br>Richmond, VA 23219 | **United Bank**<br>c/o Neil I. Title, Esquire, R/A<br>1840 Wilson Boulevard, Suite 205<br>Arlington, VA 22216 |
| **Douglas Huston, Trustee**<br>477 Viking Drive, Suite 100<br>Virginia Beach, VA 23452 | **American Home Mortgage**<br>538 Broadhollow Road<br>Melville, NY 11747 | **American Express Centurion Bank**<br>c/o American Express Centurion, Inc.<br>CT Corporation System, R/A<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |

You are required to file a response to the attached motion **on or before July 16, 2018 at 4:00 p.m. Eastern Standard Time**.

At the same time, you must serve a copy of the response upon Movant's attorney:

**Scott T. Earle, Esquire**
**Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.**
**1007 North Orange Street, 4th Floor**
**Wilmington, Delaware 19801**

**HEARING ON THE MOTION WILL BE HELD** on **July 24, 2018 at 02:00 p.m.** in the United States Bankruptcy Court, 824 North Market Street, 5th Floor, Courtroom #6, Wilmington, Delaware 19801.

ANY RESPONSE MUST BE FILED AND SERVED AND A CERTIFICATE OF SERVICE FILED ON OR BEFORE JULY 16, 2018 AT 4:00 PM EASTERN STANDARD TIME. FAILURE TO TIMELY FILE AND SERVE A RESPONSE WILL RESULT IN AN ORDER GRANTING THE RELIEF REQUESTED IN THE MOTION.

Respectfully submitted,

/s/ Scott T. Earle
Scott T. Earle, Esq. (DE Bar No. 4541)
Zarwin Baum DeVito Kaplan
Schaer Toddy, P.C.
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
(302) 655-9094 (Tel)
(302) 391-1126 (Fax)

                                      Email: stearle@zarwin.com
                                      Counsel for Movant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

Dated: June 20, 2018