**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware Corporation,** *et al*.<br>        Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Objection Deadline: July 16, 2018 @ 04:00 p.m.<br><br>Hearing Date:  July 24, 2018 @ 02:00 p.m. |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies to the best of his information and belief that service of the foregoing was served on all parties requiring service under Fed. R. Bankr. P 7004 and Local Rule 4001-1, including all parties requesting notice through the CM/ECF system. The following parties were served in the manner and method described below:

| | | |
|---|---|---|
| *VIA HAND-DELIVERY*<br>**James L. Patton, Jr.**<br>**Sean Matthew Beach**<br>**Kara Hammond Coyle**<br>Young, Conaway, Stargatt & Taylor<br>The Brandywine Bldg., 17th Floor<br>1000 West Street<br>PO Box 391<br>Wilmington, DE 19899 | *VIA HAND-DELIVERY*<br>**Alan Michael Root**<br>**David W. Carickhoff**<br>Archer & Greiner P.C.<br>300 Delaware Avenue<br>Suite 1100<br>Wilmington, DE 19801 | *VIA FIRST-CLASS MAIL*<br>**Edward L. Schnitzer**<br>CKR Law LLP<br>1330 Avenue of the Americas<br>New York, NY 10019<br>212-259-7300 |
| *VIA HAND-DELIVERY*<br>**Gabriel R. MacConaill**<br>Potter Anderson & Corroon LLP<br>1313 North Market Street<br>Wilmington, DE 19801 | *VIA HAND-DELIVERY*<br>**Mark S. Kenney**<br>Office of the U.S. Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801 | *VIA HAND-DELIVERY*<br>**Patrick A. Jackson**<br>Drinker Biddle & Reath LLP<br>222 Delaware Avenue<br>Wilmington, DE 19801 |
| *VIA HAND-DELIVERY*<br>**Victoria A. Guilfoyle**<br>**Bonnie Glantz Fatell**<br>Blank Rome LLP<br>1201 Market Street, Suite 800<br>Wilmington, DE 19801 | *VIA FIRST-CLASS MAIL*<br>**Theresa and**<br>**Lawrence Fedewa**<br>12061 Rose Hall Drive<br>Clifton, VA 20124-2066 | *VIA FIRST-CLASS MAIL*<br>**Clifton Greens, Inc.**<br>c/o Commonwealth of Virginia<br>State Corporation Commission<br>1300 East Main Street<br>Richmond, VA 23218 |

Case 07-11047-CSS   Doc 11443-3   Filed 06/20/18   Page 2 of 2

*VIA FIRST-CLASS MAIL*
**Kendal E. Carson, Trustee**
6607 Rock Crystal Drive
Clifton, VA 20124

*VIA FIRST-CLASS MAIL*
**Kevin F. DeCoste, Trustee**
c/o Secretary of Commonwealth
Attn: Serive of Process
1111 East Broad Street, 4th Floor
Richmond, VA 23219

*VIA FIRST-CLASS MAIL*
**United Bank**
c/o Neil I. Title, Esquire, R/A
1840 Wilson Boulevard, Suite 205
Arlington, VA 22216

*VIA FIRST-CLASS MAIL*
**Douglas Huston, Trustee**
477 Viking Drive, Suite 100
Virginia Beach, VA 23452

*VIA FIRST-CLASS MAIL*
**American Home Mortgage**
538 Broadhollow Road
Melville, NY 11747

*VIA FIRST-CLASS MAIL*
**American Express Centurion Bank**
c/o American Express Centurion, Inc.
CT Corporation System, R/A
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Respectfully submitted,

/s/ Scott T. Earle
Scott T. Earle, Esq. (DE Bar No. 4541)
Zarwin Baum DeVito Kaplan Schaer Toddy, P.C.
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
(302) 655-9094 (Tel)
(302) 391-1126 (Fax)
Email: stearle@zarwin.com
Counsel for Movant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

Dated: June 20, 2018