**EXHIBIT B**

VIRGINIA:

IN THE CIRCUIT COURT FOR THE COUNTY OF FAIRFAX

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, ) ) ) ) Plaintiff, ) ) v. ) ) Theresa K. FEDEWA, *et al.*, ) ) Defendants. ) ) | Case No. 2017-04658 |

## SUGGESTION OF BANKRUPTCY

COMES NOW THE PLAINTIFF, U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust, by counsel, and informs the Court that Defendant **American Home Mortgage** appears to be the subject of an active case pending in the United States Bankruptcy Court for the District of Delaware, Case No. 0711047-CSS. A copy of a Motion for Order Authorizing Joint Administration is attached hereto for the Court's convenience; although "American Home Mortgage" is not the specific name of any of the debtors making that motion, footnote 1 of that pleading contains enough information to suggest that "American Home Mortgage" is potentially part of that bankruptcy proceeding – or, at least, enough information that the bankruptcy court ought to be allowed to make that determination. Accordingly, Plaintiff respectfully suggests that this Court stay this case pending an appropriate order by the bankruptcy court.

Respectfully Submitted,

U.S. BANK TRUST, N.A., AS TRUSTEE FOR
    LSF9 MASTER PARTICIPATION TRUST
By Counsel

FIDELITY NATIONAL LAW GROUP
The Law Division of Fidelity National Title Insurance Company

By: _____
Michael W. Tompkins, VSB No. 31888
8100 Boone Boulevard, Suite 600
Vienna, Virginia 22182-2649
(T) 703-245-0286
(F) 703-821-1618
Michael.Tompkins@fnf.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Suggestion of Bankruptcy were mailed by first-class mail, postage prepaid, and transmitted via email this ____ day of April 2018 to:

>Meredith L. Yoder, Esquire
>Parker, Pollard, Wilton & Peaden, P.C.
>6802 Paragon Place, Suite 300
>Richmond, Virginia 23230
>myoder@parkerpollard.com
>Counsel for Defendants Lawrence J. Fedewa and Theresa K. Fedewa

_____
Michael W. Tompkins