**EXHIBIT C**

**VIRGINIA:**

IN THE FAIRFAX CIRCUIT COURT

**US Bank Trust NA**
  **Plaintiff**

vs.                                                                 Civil Action No. **CL-2017-0004658**

**Theresa K Fedewa et al.**
  **Defendant**

### ORDER

THE Claim against defendant, **American Home Mortgage**, having been stayed by a Suggestion in Bankruptcy received by this Court and said suggestion requiring this Court to continue such stay until an appropriate order is entered by the Bankruptcy Court in; it is,

**ORDERED** that this matter is stayed as to defendant, **American Home Mortgage** and ~~is continued~~ as to all remaining defendants,

It is further directed that a copy of this Order be mailed forthwith to all counsel of record and to all unrepresented parties.*

ENTERED this __19th__ day of __April__, 2018

_____
Circuit Court Judge

*Given the provision for mailing of copies and to assure the prompt disposition of the business of this Court, the Court is dispensing with signatures pursuant to Rule 1:13.