UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>AMERICAN HOME MORTGAGE HOLDINGS, INC., et al.<br><br>Debtor(s) | Chapter 11<br><br>Case No. 07-11047 (CSS) |

FILED
2018 JUN 29  AM 8: 51
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

## NOTICE OF CHANGE OF ADDRESS FOR
## DEWEY & LEBOEUF LLP

TO:   U.S. Bankruptcy Court                American Home Mortgage Claims Processing
      District of Delaware                 P.O. Box 5076
      Clerk of Court                       FDR Station
      824 Market St N, 3rd Floor           New York, NY 10150-5076
      Wilmington, DE 19801

PLEASE TAKE NOTICE that the mailing address for Dewey & LeBoeuf, a creditor in the above referenced Chapter 11 Case, has changed. Please update the appropriate records for purposes of notices and claim distributions to reflect the following:

Former mailing address:                     **New mailing address:**

Dewey & LeBoeuf LLP                         **Dewey & LeBoeuf LLP**
1301 Avenue of the Americas                 **P.O. Box 1033**
New York, NY 10019                          **Northbrook, IL 60065-1033**

Claim No. 7654                              **Claim No. 7654**


DEWEY & LEBOEUF LLP

By: _____
    Eric A. Linn, President, Oak Point Partners,
    LLC, as s/i/i to certain assets of the Dewey
    & LeBoeuf Liquidation Trust