**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware Corporation, *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Objection Deadline: July 16, 2018 @ 04:00 p.m.<br><br>Hearing Date:  July 24, 2018 @ 02:00 p.m. |

## CERTIFICATE OF NO OBJECTION

The undersigned counsel hereby certifies that, as of the date hereof, I have not received an answer, objection or other responsive pleading to the **MOTION OF U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST FOR RELIEF FROM THE AUTOMATIC STAY AS TO 12061 ROSE HALL DRIVE, CLIFTON, VIRGINIA 20124** (Doc 11443) ("Motion") on June 20, 2018.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.

Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than **July 16, 2018**.

IT IS HEREBY respectfully requested that the attached Order for Relief from Automatic Stay be entered at the earliest convenience of the Court.

Respectfully submitted,

/s/ Scott T. Earle
Scott T. Earle, Esq. (DE Bar No. 4541)
Zarwin Baum DeVito Kaplan
Schaer Toddy, P.C.

                                        1007 North Orange Street, 4th Floor  
                                      Wilmington, Delaware 19801  
                                        (302) 299-1031 (Tel)  
                                        (302) 391-1126 (Fax)  
                                        Email: stearle@zarwin.com  
                                        Counsel for Movant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

July 18, 2018