**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware Corporation, *et al*.<br><br>           Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Objection Deadline: July 16, 2018 @ 04:00 p.m.<br><br>Hearing Date: July 24, 2018 @ 02:00 p.m. |

**CERTIFICATE OF SERVICE**

The undersigned counsel hereby certifies that the foregoing Certificate of No Objection was served on all parties requesting notice through the CM/ECF system and the following parties in the manner and method described below:

*VIA HAND-DELIVERY*
**James L. Patton, Jr.**
**Sean Matthew Beach**
**Kara Hammond Coyle**
Young, Conaway, Stargatt & Taylor
The Brandywine Bldg., 17th Floor
1000 West Street
PO Box 391
Wilmington, DE 19899

*VIA HAND-DELIVERY*
**Alan Michael Root**
**David W. Carickhoff**
Archer & Greiner P.C.
300 Delaware Avenue
Suite 1100
Wilmington, DE 19801

*VIA FIRST-CLASS MAIL*
**Edward L. Schnitzer**
CKR Law LLP
1330 Avenue of the Americas
New York, NY 10019
212-259-7300

*VIA HAND-DELIVERY*
**Gabriel R. MacConaill**
Potter Anderson & Corroon LLP
1313 North Market Street
Wilmington, DE 19801

*VIA HAND-DELIVERY*
**Mark S. Kenney**
Office of the U.S. Trustee
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

*VIA HAND-DELIVERY*
**Patrick A. Jackson**
Drinker Biddle & Reath LLP
222 Delaware Avenue
Wilmington, DE 19801

*VIA HAND-DELIVERY*
**Victoria A. Guilfoyle**
**Bonnie Glantz Fatell**
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801

**Theresa and Lawrence Fedewa**
12061 Rose Hall Drive
Clifton, VA 20124-2066

**Clifton Greens, Inc.**
c/o Commonwealth of Virginia
State Corporation Commission
1300 East Main Street
P.O. Box 1197
Richmond, VA 23218

| | | |
|---|---|---|
| **Kendal E. Carson, Trustee**<br>6607 Rock Crystal Drive<br>Clifton, VA 20124 | **Kevin F. DeCoste, Trustee**<br>c/o Secretary of Commonwealth<br>Attn: Serive of Process<br>1111 East Broad Street, 4th Floor<br>Richmond, VA 23219 | **United Bank**<br>c/o Neil I. Title, Esquire, R/A<br>1840 Wilson Boulevard, Suite 205<br>Arlington, VA 22216 |
| **Douglas Huston, Trustee**<br>477 Viking Drive, Suite 100<br>Virginia Beach, VA 23452 | **American Home Mortgage**<br>538 Broadhollow Road<br>Melville, NY 11747 | **American Express Centurion Bank**<br>c/o American Express Centurion, Inc.<br>CT Corporation System, R/A<br>4701 Cox Road, Suite 285<br>Glen Allen, VA 23060 |

Respectfully submitted,

/s/ Scott T. Earle
Scott T. Earle, Esq. (DE Bar No. 4541)
Zarwin Baum DeVito Kaplan
Schaer Toddy, P.C.
1007 North Orange Street, 4th Floor
Wilmington, Delaware 19801
(302) 655-9094 (Tel)
(302) 391-1126 (Fax)
Email: stearle@zarwin.com
Counsel for Movant U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust

Dated: July 18, 2018