IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------- x   Chapter 11
In re:                                                                :
                                                                      :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                :
a Delaware corporation, et al.,[1]                                    :   Jointly Administered
                                                                      :
    Debtors.                                                          :
---------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 24, 2018 AT 2:00 P.M. (ET)**

**UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION**

1.  Motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust for Relief From the Automatic Stay as to 12061 Rose Hall Drive, Clifton, Virginia 20124 [D.I. 11443, 6/20/18]

    Objection Deadline:   July 16, 2018 at 4:00 p.m. (ET)

    Related Documents:

        a) Certificate of No Objection [D.I. 11451, 7/18/18]

        b) Proposed Order

    Objections Filed:   None

    Status: .A certificate of no objection has been filed.  No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580). The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Dated: July 19, 2018
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Jeffrey Zawadzki
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2