# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| **American Home Mortgage Holdings, Inc.** ) | |
| ) | Case No. 07-11047 (CSS) |
| Debtors. ) | |

## WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM SERVICE LISTS

PLEASE TAKE NOTICE that Jami B. Nimeroff of Brown McGarry Nimeroff LLC hereby withdraws her appearance for Microsoft Corporation and its wholly-owned affiliate Microsoft Licensing, GP (collectively "Microsoft") pursuant to Del. Bankr. L.R. 9010-2(b)(ii), and request that they be removed from the CM/ECF noticing list and any other service list in this case. Microsoft has no controversy pending before the Court. Counsel certifies that Microsoft consents to this withdrawal.

Dated: July 19, 2018
Wilmington, Delaware

BROWN McGARRY NIMEROFF LLC

/s/ Jami B. Nimeroff
Jami B. Nimeroff (DE No. 4049)
901 N. Market Street
Suite 1300
Wilmington, DE 19801
(t) 302-428-8142
(f) 302-351-2744

and

Maria A. Milano, Esquire
(*admitted pro hac vice*)
FOX ROTHSCHILD LLP
1001 Fourth Avenue
Suite 4500
Seattle, WA 98154-1065

## **CERTIFICATE OF SERVICE**

I, Jami B. Nimeroff, hereby certify that on July 19, 2018 that I caused a true and correct and copy of the above foregoing document to be electronically filed using the Court's CM/ECF System and served upon the parties requesting service therefrom. The document is available for viewing and downloading.

/s/ Jami B. Nimeroff
Jami B. Nimeroff