# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**AMERICAN HOME MORTGAGE HOLDINGS, INC.**, a Delaware Corporation, *et al.*<br>Debtors. | Chapter 11<br><br>Case No. 07-11047 (CSS)<br>(Jointly Administered)<br><br>Objection Deadline: July 16, 2018 @ 04:00 p.m.<br><br>Hearing Date: July 24, 2018 @ 02:00 p.m. |

## ORDER AS TO 12061 ROSE HALL DRIVE, CLIFTON, VIRGINIA 20124

AND NOW, TO WIT, this _20th_ day of _July, 2018_, the creditor, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor") Motion for Relief from Automatic Stay and Request for Adequate Protection having been duly presented, heard and considered;

**IT IS HEREBY ORDERED** that Creditor's Motion is GRANTED; and it is further

**ORDERED** that the Stay afforded by 11 U.S.C. § 362 is hereby modified to permit the Creditor to enforce its security interest in **12061 Rose Hall drive, Clifton, Virginia 20124** (hereinafter "Property"), including the continuance of the Declaratory Judgment Action as defined in the Motion for the purpose of asking the Virginia court to mark the AHM Deed of Trust satisfied on the ground that AHM was paid in full in April 2007, and, if applicable, as to the borrowers, including the judicial or non-judicial sale of the Property (whichever applicable) and whatever other legal remedies which may be available to the creditor under applicable State law; and it is further

**ORDERED** that, for the avoidance of doubt, nothing in this Order is intended; nor shall be construed to authorize the Creditor to seek, obtain, or enforce any award of damages or other monetary relief, or to liquidate or collect upon any claim, against any of the above captured Debtors; and it is further

**ORDERED** that this Court shall retain jurisdiction over the issues arising from or related to the implementation and interpretation of this Order; and it is further

**ORDERED** that the Rule 4001 (a)(3) is not applicable, and the stay is lifted immediately as of the date of this Order.

_____
J., U.S. Bankruptcy Court