IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------------------- x   Chapter 11

In re:                                                                                              :
                                                                                                         :   Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                 :
a Delaware corporation, et al., [1]                                            :   Jointly Administered
                                                                                                         :
    Debtors.                                                                               :
------------------------------------------------------------------------- x

# AMENDED[2] AGENDA OF MATTERS SCHEDULED
# FOR HEARING ON JULY 24, 2018 AT 2:00 P.M. (ET)

**SINCE NO MATTERS ARE GOING FORWARD.  THE HEARING HAS BEEN CANCELLED WITH THE PERMISSION OF THE COURT.**

## UNCONTESTED MATTER WITH CERTIFICATE OF NO OBJECTION

1.  Motion of U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust for Relief From the Automatic Stay as to 12061 Rose Hall Drive, Clifton, Virginia 20124 [D.I. 11443, 6/20/18]

    Objection Deadline:    July 16, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a)  Certificate of No Objection [D.I. 11451, 7/18/18]

    b)  **Order as to 12061 Rose Hall Drive, Clifton, Virginia 20124 [D.I. 11454, 7/20/18]**

    Objections Filed:       None

    Status: .**An order has been entered**.  No hearing is required.

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

[2]  **Amendments appear in bold.**

Dated: July 20, 2018
     Wilmington, Delaware         YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware  19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Jeffrey Zawadzki
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*

2