# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al [1] | Case No. 07-11047 (CSS) |
|  | Jointly Administered |
| Debtors |  |

## NOTICE OF CHANGE OF FIRM NAME

TO: THE CLERK OF COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Epiq Bankruptcy Solutions, LLC is now known as Epiq Corporate Restructuring, LLC. The firm and its associates' addresses, e-mail addresses, phone numbers, and fax numbers have not been affected by this change. Please take notice of this change and update your records accordingly.

Dated
Respectfully submitted,

EPIQ CORPORATE RESTRUCTURING, LLC
Lorri Staal, Esq.
777 Third Avenue, 12th Floor
New York, New York 10017
Telephone: (646) 282-2500
Facsimile: (646) 282-2501
Email: Lorri.Staal@epiqglobal.com

---

1. The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580). The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.