**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
**DELAWARE DIVISION**

IN RE:                                                                                  CASE NO.: 07-11047-CSS
                                                                                                 CHAPTER 11

American Home Mortgage Holdings, Inc.,

  Debtor.

_____

### REQUEST FOR SERVICE OF NOTICES

**PLEASE TAKE NOTICE THAT,** on behalf of U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13 ("Secured Creditor"), and pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**RAS CRANE, LLC**
**BANKRUPTCY DEPARTMENT**
**10700 ABBOTT'S BRIDGE ROAD, SUITE 170**
**DULUTH, GA 30097**

                                        RAS Crane, LLC
                                        Authorized Agent for Secured Creditor
                                        10700 Abbott's Bridge Road, Suite 170
                                        Duluth, GA 30097
                                        Telephone: 470-321-7112
                                        Facsimile: 404-393-1425
                                        By: /s/Francis Laryea
                                        Francis Laryea, Esquire
                                        Email: flaryea@rascrane.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on October 24, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following parties:

RYAN M. BARTLEY
SEAN MATTHEW BEACH
DONALD J. BOWMAN, JR.
ROBERT S. BRADY
CURTIS J CROWTHER
ERIN EDWARDS
KEENETH J. ENOS
MARGARET WHITEMAN GREECHER
NATHAN D. GROW
KARA HAMMOND COYLE
EDWIN J. HARRON
YOUNG CONAWAY STARGATT & TAYLOR, LLP
RODNEY SQUARE
1000 NORTH KING STREET
WILMINGTON, DE  19801

R. KARL HILL
SEITZ, VAN OGTROP & GREEN, P.A.
222 DELAWARE AVENUE, SUITE 1500
P. O. BOX 68
WILMINGTON, DE 19899

PATRICK A. JACKSON
DRINKER BIDDLE & REATH LLP
222 DELAWARE AVENUE
WILMINGTON, DE 19801

EDWARD JOSEPH KOSMOWSKI
LAW OFFICE OF EDWARD J. KOSMOWSKI, LLC
2 MILL ROAD
SUITE 202
WILMINGTON, DE 19806

AMERICAN HOME MORTGAGE HOLDINGS, INC.
538 BROADHOLLOW ROAD
MELVILLE, NY  11747

MARK S. KENNEY
U.S. TRUSTEE
J. CALEB BOGGS FEDERAL BUILDING (LOCKBOX 35)
844 KING STREET, SUITE 2207
WILMINGTON, DE  19899-0035

R. KARL HILL
PATRICK A. JACKSON
SEITZ, VAN OGTROP & GREEN, P.A.
222 DELAWARE AVENUE, SUITE 1500

*CLAIMS AGENT*
EPIQ BANKRUPTCY SOLUTIONS LLC
WWW.EPIQSYSTEMS.COM
777 THIRD AVENUE, 12TH FLOOR
NEW YORK, NY 10017

*TRANSCRIBER*
RELIABLE COMPANIES
ATTN: GENE MATTHEWS
1007 NORTH ORANGE STREET
SUITE 110
WILMINGTON, DE 19801

DAVID W. CARICKHOFF
ALAN MICHAEL ROOT
ARCHER & GREINER, P.C.
300 DELAWARE AV
SUITE 1100
WILMINGTON, DE 19801

VICTORIA A. GUILFOYLE
BONNIE GLANTZ FATELL
BLANK ROME LLP
1201 MARKET STREET, SUITE 800
WILMINGTON, DE 19801

RAS Crane, LLC
Authorized Agent for Secured Creditor
10700 Abbott's Bridge Road, Suite 170
Duluth, GA 30097
Telephone: 470-321-7112
Facsimile: 404-393-1425
By: /s/Francis Laryea
Francis Laryea, Esquire
Email: flaryea@rascrane.com