## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

```
-------------------------------------------------------------- x
In re:                                                         :   Chapter 11
                                                               :
AMERICAN HOME MORTGAGE                                         :   Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]             :
                                                               :   Jointly Administered
        Debtors.                                               :
                                                               :   Objection Deadline: Nov. 9, 2018 at 4:00 p.m .(ET)
                                                               :   Hearing Date: Nov. 16, 2018 at 11:00 a.m. (ET)
-------------------------------------------------------------- x
```

### NOTICE OF MOTION

TO:     (I) THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE, (II) THE PLAN OVERSIGHT COMMITTEE, AND (III) THOSE PARTIES REQUESTING NOTICE PURSUANT TO BANKRUPTCY RULE 2002

**PLEASE TAKE NOTICE THAT** Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* [D.I. 7029] in connection with the chapter 11 cases of the above-captioned debtors, has filed the *Plan Trustee's Motion for Entry of a Final Decree and Order (I) Closing the Debtors' Chapter 11 Cases, (II) Discharging and Releasing Epiq Bankruptcy Solutions, LLC from Further Duties as Court-Appointed Claims and Noticing Agent, (III) Extending the Plan Trust Termination Date, and (IV) Granting Related Relief* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **November 9, 2018 at 4:00 p.m. (Eastern Time)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801.  At the same time, you must serve a copy of any response upon the undersigned counsel to the Plan Trustee so that the response is timely received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE THAT** A HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 16, 2018 AT 11:00 A.M. (EASTERN TIME) BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI, UNITED STATES BANKRUPTCY

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 6743, Ellicott City, Maryland 21042.

COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, FIFTH FLOOR, WILMINGTON, DELAWARE 19801, IN COURTROOM NO. 6.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 26, 2018
Wilmington, Delaware

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Elizabeth S. Justison*
Sean M. Beach (No. 4070)
Elizabeth S. Justison (No. 5911)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
488 Madison Avenue
New York, New York 10022
Telephone:  (212) 478-7200
Facsimile: (212) 478-7400

*Counsel for the Plan Trustee*