SIM GILL, #06389
Salt Lake District Attorney
By: BRADLEY C. JOHNSON, #10638
Deputy District Attorney
35 East 500 South
Salt Lake City, Utah 84111
Telephone: (385) 468-7789
bcjohnson@slco.org
*Attorney for Salt Lake County Treasurer*

FILED
2018 OCT 30  AM 9:40
CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICE OF DELAWARE

| In re: | : | |
|---|---|---|
| | : | Bankruptcy No. 07-11047 |
| American Home Mortgage Holdings, Inc | : | |
| | : | Chapter 11 |
| Debtor. | : | |

SUBSTITUTION OF COUNSEL

Notice is hereby given that Kelly W. Wright withdraws as counsel of record for the Salt Lake County Treasurer in the above-referenced matter. Bradley C. Johnson hereby enters his appearance as counsel of record for Salt Lake County Treasurer in lieu of Mr. Wright.

Please be advised that further notices, mailings or contacts should be made to:

BRADLEY C. JOHNSON
Deputy District Attorney
35 East 500 South
Salt Lake City, Utah 84111
bcjohnson@slco.org

DATED this 24th day of October, 2018.

                                              SIM GILL
                                              Salt Lake District Attorney

                                              /s/ *Bradley C. Johnson*
                                              Bradley C. Johnson
                                              Deputy District Attorney

CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of October, 2018, a true and correct copy of the foregoing SUBSTITUTION OF COUNSEL was mailed, postage prepaid, to the following:

United States Bankruptcy Court
District of Delaware
Clerk of the Court
824 Market St. N.
3rd Floor
Wilmington, DE 19801

Sean M. Beach
Michael S. Neiburg
Rodney Square
1000 North King Street
Wilmington, Delaware 19801

Hahn & Hessen LLP
Mark S. Indelicato
488 Madison Ave.
New York, New York 10022

/s/ *Ashley George*