**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---------------------------------------------------------------- x
In re:                                                                        :     Chapter 11
                                                                                  :
AMERICAN HOME MORTGAGE                                  :     Case No. 07-11047 (CSS)
HOLDINGS, INC., a Delaware corporation, et al.,[1]    :
                                                                                  :     Jointly Administered
    Debtors.                                                              :
                                                                                  :     **Ref. Docket No. 11464**
                                                                                  :
---------------------------------------------------------------- x

**VERIFIED FINAL REPORT**

Pursuant to Rule 3022-1(c) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, the following is a final report regarding the above-captioned chapter 11 cases (collectively, the "Chapter 11 Cases"):

1. On October 26, 2018, Steven D. Sass, as liquidating trustee (the "Plan Trustee") for the trust established pursuant to the *Amended Chapter 11 Plan of Liquidation of the Debtors Dated as of February 18, 2009* [D.I. 7029] in connection with the chapter 11 cases of the above-captioned debtors (the "Debtors") filed the *Plan Trustee's Motion for Entry of a Final Decree and Order (I) Closing the Debtors' Chapter 11 Cases, (II) Discharging and Releasing Epiq Bankruptcy Solutions, LLC from Further Duties as Court-Appointed Claims and Noticing Agent, (III) Extending the Plan Trust Termination Date, and (IV) Granting Related Relief* [D.I. 11464].

2. The following sets forth the fees and expenses paid to the parties identified below from the date of commencement of the Chapter 11 Cases through the date of entry of the *Notice*

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp. , a New York corporation (8580).  The mailing address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 6743, Ellicott City, MD 21042.

of (I) *Occurrence of the Effective Date of the Plan; (II) Deadlines to File Administrative Claims, Professional Claims, Rejection Damages Claims, and Subordination Statements, and to Submit Invoices for Indenture Trustee Expenses; and (III) Appointment of Borrower Information Ombudsperson* [D.I. 9519]:[2]

| Name of Applicant | Aggregate Amount of Fees ($) | Aggregate Amount of Expenses ($) |
|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Counsel for the Debtors | 19,804,693.50 | 1,966,669.74 |
| Quinn Emanuel Urquhart & Sullivan, LLP (f\k\a Quinn Emanuel Urquhart Oliver & Hedges LLP), Special Counsel for the Debtors | 3,198,491.75 | 192,546.48 |
| Cadwalader, Wickersham & Taft LLP, Special Counsel to the Debtors | 7,999,809.00 | 1,354,756.48 |
| BDO USA, LLP Tax Advisor to the Debtors | 125,000.00 | 930.96 |
| Allen & Overy, LLP, Special Counsel for the Debtors | 3,364,401.25 | 3,351,536.95 |
| Milestone Advisors LLC, Financial Advisor for the Debtors | 4,067,741.94 | 198,122.40 |
| Kilpatrick Townsend Stockton LLP (formerly Muldoon Murphy & Aguggia LLP), Ordinary Course Professional for the Debtors | 60,511.25 | 386.55 |
| Traxi LLC, Ordinary Course Professional for the Debtors | 289,051.31 | 18,748.19 |
| Weiner Brodsky Sidman Kider PC, Ordinary Course Professional for the Debtors | 715,205.00 | 62,807.73 |
| PricewaterhouseCoopers, Tax Advisor for the Debtors | 383,060.50 | 371.62 |
| Phoenix Capital, Inc. Investment Banker for the Debtors | 400,000.00 | 12,569.56 |

---

[2] The fees and expenses set forth in the following chart are from the final fee orders entered by the United States Bankruptcy Court for the District of Delaware (the "Court"). *See* D.I. 9983, 9984, 9986, 9992 & 10006.

| | | |
|---|---|---|
| Hahn & Hessen LLP, Counsel to the Committee of Unsecured Creditors | 7,873,102.00 | 216,192.29 |
| Blank Rome LLP, Counsel to the Committee of Unsecured Creditors | 1,023,410.00 | 136,731.85 |
| Bifferato LLC, Special Conflicts Counsel to the Committee of Unsecured Creditors | 18,933.00 | 14,225.38 |
| BDO Capital Advisors, f/k/a Trenwith Securities, LLC, Investment Banking Advisor to the Committee of Unsecured Creditors | 18,070.00 | 474.94 |
| Ferry, Joseph & Pearce, P.A., Special Conflicts Counsel to the Committee of Unsecured Creditors | 51,589.30 | 9,033.71 |
| BDO Seidman, LLP, Financial Advisor to the Committee of Unsecured Creditors | 4,054,237.75 | 48,462.79 |
| Receivable Management Services Corp., Collection Agent for the Committee of Unsecured Creditors | 531,620.87 | 0.00 |
| Law Offices of Alan Weinreb, PLLC, Foreclosure Professional for the Debtors | 305,712.21 | 560,198.39 |
| Robert J. Hopp & Associates, LLC, Foreclosure Professional for the Debtors | 50,653.25 | 173,653.64 |
| Codilis & Associates, P.C., Foreclosure Professional for the Debtors | 584,993.00 | 666,758.93 |
| Samuel I. White, P.C., Foreclosure Professional for the Debtors | 251,735.00 | 614,021.60 |
| Northwest Trustee Services, Inc., Foreclosure Professional for the Debtors | 869,023.50 | 2,126,346.49 |
| Law Office of Daniel C. Consuegra, Foreclosure Professional for the Debtors | 654,025.00 | 657,615.63 |
| Adorno & Yoss LLP, Foreclosure Professional for the Debtors | 939,962.00 | 1,029,391.46 |
| Zeichner Ellman & Krause LLP, Foreclosure Professional for the Debtors | 157,554.00 | 0.00 |

| | | |
|---|---|---|
| Cohn, Goldberg & Deutsch, LLC, Foreclosure Professional for the Debtors | 276,775.00 | 431,552.46 |
| Pendergast & Jones, P.C., Foreclosure Professional for the Debtors | 24,360.00 | 53,185.54 |
| Weltman, Weinberg & Reis Co. LPA, Foreclosure Professional for the Debtors | 479,998.75 | 657,848.97 |
| TD Service Co., Foreclosure Professional for the Debtors | 2,091,557.89 | 1,870,106.47 |
| Zuckerman Spaeder LLP, Counsel for the Official Committee of Borrowers | 177,434.50 | 9,235.38 |
| Gilbert LLP, Counsel for the Official Committee of Borrowers | 358,702.75 | 15,166.59 |
| Hennigan Dorman, LLP, (formerly Hennigan, Bennett & Dorman, LLP), Special Conflicts Counsel to the Committee of Unsecured Creditors | 1,514,668.00 | 46,832.77 |

3.     No trustee or examiner was appointed in the Chapter 11 Cases and therefore no fees were incurred for a trustee or examiner or their counsel.

4.     In connection with closing the Chapter 11 Cases, the Plan Trustee will pay all fees due and owing to the Office of the United States Trustee for the District of Delaware under section 1930 of title 28 of the United States Code, and the Plan Trustee will complete any remaining reports with respect to the Chapter 11 Cases if and as required.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief based on my review of the Debtors' books and records and orders entered by the Court.

Dated: November 1, 2018                    */s/ Steven D. Sass*
                                                                    Steven D. Sass
                                                                    Plan Trustee

01:23722850.2

4