IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------------------------- x  Chapter 11

In re:                                                                      :
                                                                            :  Case No. 07-11047 (CSS)
AMERICAN HOME MORTGAGE HOLDINGS, INC.,                                      :
a Delaware corporation, et al.,[1]                                          :  Jointly Administered
                                                                            :
    Debtors.                                                                :
---------------------------------------------------------------------------- x

**AGENDA OF MATTERS SCHEDULED
FOR HEARING ON NOVEMBER 16, 2018 AT 11:00 A.M. (ET)**

**SINCE NO MATTERS ARE GOING FORWARD THE HEARING HAS BEEN
CANCELLED WITH THE PERMISSION OF THE COURT.**

**RESOLVED MATTER**

1. Plan Trustee's Motion for Entry of a Final Decree and Order (I) Closing the Debtors' Chapter 11 Cases, (II) Discharging and Releasing Epiq Bankruptcy Solutions, LLC from Further Duties as Court-Appointed Claims and Noticing Agent, (III) Extending the Plan Trust Termination Date, and (IV) Granting Related Relief [D.I. 11464, 10/26/18]

    Objection Deadline:    November 9, 2018 at 4:00 p.m. (ET)

    Related Documents:

    a) Verified Final Report [D.I. 11466, 11/1/18]

    b) Certification of Counsel [D.I. 11468, 11/13/18]

    c) Final Decree and Order (I) Closing the Debtors' Chapter 11 Cases, (II) Discharging and Releasing Epiq Bankruptcy Solutions, LLC from Further Duties as Court-Appointed Claims and Noticing Agent, (III) Extending the Plan Trust Termination Date, and (IV) Granting Related Relief [D.I. 11469, 11/13/18]

    Objections Filed:    None

    Status: An order has been entered.  No hearing is required.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc., a Maryland corporation (f/k/a American Home Mortgage Servicing, Inc.) (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).  The address for all of the Debtors is: AHM Liquidating Trust, P.O. Box 10550, Melville, New York 11747.

Dated: November 14, 2018
      Wilmington, Delaware

YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
1000 North King Street
Wilmington, Delaware 19899
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

-and-

HAHN & HESSEN LLP
Mark S. Indelicato
Jeffrey Zawadzki
Alison M. Ladd
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400

*Co-Counsel to the Plan Trustee*