| **RECORDS TRANSMITTAL AND RECEIPT** | Complete and send original and two copies of this form to the appropriate Federal Records Center for approval prior to shipment of records. | Page 1 |
|---|---|---|

**1. TO** (Complete the address for the appropriate Records Center serving your area)
FRC - Philadelphia
Facility - 01
14700 TOWNSEND ROAD
PHILADELPHIA, PA, 19154

As shown in FPMR 101-11.410-1 ▶

**5. FROM** (Enter the name and complete mailing address of the office retiring the records. The signed receipt of this form will be sent to this address)

**Customer Reference Number: N/A**
U.S. Courts
578, United States Bankruptcy Courts

**U.S. BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**
824 N. MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

**EPIQ**
777 THIRD AVENUE, 3RD FLOOR
NEW YORK, NY 10017

**2. AGENCY TRANSFER AUTHORIZATION**
TRANSFERRING AGENCY OFFICIAL (Signature and Title)
BONNIE ANEMONE
DATE 01/07/2019

**3. AGENCY CONTACT**
TRANSFERRING AGENCY LIASION OFFICIAL (Name, Office and Telephone No.)
BONNIE ANEMONE
U.S. Courts
Phone (302)252-2542

**4. RECORDS CENTER RECEIPT**
RECORDS RECEIVED BY (Signature and Title)
FRC - Philadelphia
DATE

**6. RECORDS DATA**

| TRANSFER NUMBER | | | VOLUME (in ft.) (d) | No. Of Containers (e) | SERIES DESCRIPTION (with inclusive dates of records) (f) | RESTRICTION (g) | DISPOSITION AUTHORITY (h) | DISPOSITION DATE (i) | LOCATION (j) | CONTAINER TYPE (k) |
|---|---|---|---|---|---|---|---|---|---|---|
| RG (a) | FY (b) | NUMBER (c) | | | | | | | | |
| 578 | 2019 | 0079 | 38 | 38 | ^ UW - UW AMERICAN HOME MORTGATE HOLDING, INC. CASE NO. 07-11047 (CSS) CLAIMS 1-10764 (END) CLOSED/DUSCHARGER 11/13/2018 | No Restrictions | DC2/A15A | 04/01/2039 | Facility - 01 | Standard |
| | | | | | Inclusive Start Date: 01/01/2007 | Security Classification: Unclassified | Disposition Code: Temporary  Disposition Hold : No Hold | | | |
| | | | | | Inclusive End Date: 11/13/2018 | Security Level: Std Records-Std Storage | Disposition Citation: DC2/A15A | | | |

NSN 7540-00-634-4093    135-107    Standard Form 135 (Rev. 7-85)
Prescribed by NARA
36 CFR 1228.152

| STANDARD FORM 135-A | | RECORD TRANSMITTAL AND RECEIPT | AGENCY SDNY | DATE: 1/4/2019 |
|---|---|---|---|---|
| FRC ONLY | AGCY | CLOSE CASES | | DISPOSAL AUTHORITY |
| | | American Home Mortgage Holdings, Inc., et al., | | |
| | | Case No. 07-11047 | | |
| | | | | |
| | | Box 1 - Claims 1-344 | | |
| | | Box 2 - Claims 345-930 | | |
| | | Box 3 - Claims 931-1274 | | |
| | | Box 4 - Claims 1275-1553 | | |
| | | Box 5 - Claims 1554-1811 | | |
| | | Box 6 - Claims 1812-1871 | | |
| | | Box 7 - Claims 1872-1981 | | |
| | | Box 8 - Claims 1982-2126 | | |
| | | Box 9 - Claims 2127-2629 | | |
| | | Box 10 - Claims 2630-3000 | | |
| | | Box 11 - Claims 3001-3726 | | |
| | | Box 12 - Claims 3727-4273 | | |
| | | Box 13 - Claims 4274-4821 | | |
| | | Box 14 - Claims 4822 - 5405 | | |
| | | Box 15 - Claims 5406-5945 | | |
| | | Box 16 - Claims 5946-6498 | | |
| | | Box 17 - Claims 6499-6979 | | |
| | | Box 18 - Claims 6980-7230 | | |
| | | Box 19 - Claims 7231-7617 | | |
| | | Box 20 - Claims 7618-7765 | | |
| | | Box 21 - Claims 7766-7983 | | |
| | | Box 22 - Claims 7984-8067 | | |
| | | Box 23 - Claims 8068-8283 | | |
| | | Box 24 - Claims 8284-8430 | | |
| | | Box 25 - Claims 8431-8535 | | |
| | | Box 26 - Claims 8536-8726 | | |
| | | Box 27 - Claims 8727-8966 | | |
| | | Box 28 - Claims 8967-9057 | | |
| | | Box 29 - Claims 9058-9215 | | |
| | | Box 30 - Claims 9216-9328 | | |
| | | Box 31 - Claims 9329-9741 | | |
| | | Box 32 - Claims 9742-10006 | | |
| | | Box 33 - Claims 10007-10277 | | |
| | | Box 34 - Claims 10278-10391 | | |
| | | Box 35 - Claims 10392-10481 | | |
| | | Box 36 - Claims 10482-10636 | | |
| | | Box 37 - Claims 10637-10740 | | |
| | | Box 38 - Claims 10741-10764 (end) | | |
| | | | | |
| | | | | |