IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:  )  Chapter 11
         )
AMERICAN HOME MORTGAGE HOLDINGS, INC.,  )  Case No.     07-11047
a Delaware corporation, et al.,[1,2]  )
         )  Jointly Administered
         Debtors.  )

## OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
## POST-CONFIRMATION QUARTERLY SUMMARY REPORT

Debtor's Name: American Home Mortgage Plan Trust (the "AHM Plan Trust")    Bank: Various

Bankruptcy Number: 07-11047    Account Number: Various

Date of Confirmation: 2/23/2009    Account Type: Various

Reporting Period (month/year): Octoberr 1, 2018 through November 13, 2018 (a)
Final Report

Beginning Cash Balance: $1,027,989

All receipts received by the debtor:

Collection of Accounts Receivable: 

Proceeds from Litigation (settlement or otherwise): $0

Sale of Debtor's Assets: $31,379

Capital Infusion pursuant to the Plan: $0

Total of cash received: $31,379

Total of cash available: $1,059,368

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of the bankruptcy professionals: $53,812

Disbursements made pursuant to the administrative claims of bankruptcy professionals: $93,560

All other disbursements made in the ordinary course: $49,696

Total Disbursements: $197,067

Ending Cash Balance: $862,301

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 1/9/2019    Name/Title: Steven D. Sass / Plan Trustee

**Notes:**
(a) All activity post November 30, 2010 is reflected on the AHM Plan Trust.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).

[2] The Debtors hold bare legal title in certain mortgage loans that Bank of America has complete dominion and control over pursuant to a certain settlement agreement approved by the Bankruptcy Court (see D.I. 5308). The AHM Plan Trust has no access to financial or other information related to such mortgage loans and is not entitled to any interest in such loans. As such, no activity pertaining to such mortgage loans is reflected on the quarterly operating report.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | | |
|---|---|---|---|
| In re: | ) | Chapter 11 | |
| AMERICAN HOME MORTGAGE HOLDINGS, INC., a Delaware corporation, et al.,[1] | ) ) ) ) ) | Case No. Jointly Administered | 07-11047 |
| | ) Debtors. | | |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

| Debtor's Name | Bankruptcy # | Reporting Period | Total Disbursements | Quarterly Fee |
|---|---|---|---|---|
| American Home Mortgage Holdings, Inc. | 07-11047 | 10/01/2018 through 11/13/2018 | $197,067 | 1,625.00 |
| American Home Mortgage Investment Corp. | 07-11048 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| American Home Mortgage Acceptance, Inc. | 07-11049 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| AHM SV Inc. (F/K/A American Home Mortgage Servicing, Inc.) | 07-11050 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| American Home Mortgage Corp. | 07-11051 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| American Home Mortgage Ventures, LLC | 07-11052 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| Homegate Settlement Services Inc. | 07-11053 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| Great Oak Abstract Corp. | 07-11054 | 10/01/2018 through 11/13/2018 | - | 325.00 |
| Total | | | 197,067 | 3,900.00 |

Notes:
(a) For purposes of calculating the US Trustee quarterly fees, expenses of the AHM Plan Trust are reflected in American Home Mortgage Holdings, Inc.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: American Home Mortgage Holdings, Inc. (6303); American Home Mortgage Investment Corp., a Maryland corporation (3914); American Home Mortgage Acceptance, Inc., a Maryland corporation (1979); AHM SV, Inc. (f/k/a American Home Mortgage Servicing, Inc.), a Maryland corporation (7267); American Home Mortgage Corp., a New York corporation (1558); American Home Mortgage Ventures LLC, a Delaware limited liability company (1407); Homegate Settlement Services, Inc., a New York corporation (7491); and Great Oak Abstract Corp., a New York corporation (8580).